Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Western District of Texas**

Case number (if known): ______________ Chapter **11**

❑ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name**

**RanchlandMTX, LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

**8 1 – 4 8 5 6 1 6 3**

**4. Debtor's address**

**Principal place of business**

**c/o Ravi Katta**

**301 Santaluz Ln**

Number Street

**Austin, TX 78732-2467**

City State ZIP Code

**Travis**

County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

**c/o Ranchland Apartments**

**1212 E Wadley Ave**

Number Street

**Midland, TX 79705-5743**

City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: ______________

Debtor **RanchlandMTX, LLC** Case number *(if known)* ____________
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ____________ Relationship ____________
  District ____________ When ____________
  MM / DD / YYYY
  Case number, if known ____________

Debtor **RanchlandMTX, LLC** Case number *(if known)* ____________
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street

____________
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________
Contact name ____________
Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **RanchlandMTX, LLC** Case number *(if known)*
Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/31/2026
MM/ DD/ YYYY

Signed by:
✗ Ravinder Katta
F2E3EEA68687436...
Signature of authorized representative of debtor

**Ravinder Katta**
Printed name

Title **Authorized Representative**

**18. Signature of attorney**

Signed by:
✗ Eli Y
00BC34690A7A4F2...
Signature of attorney for debtor

Date **08/31/2026** 8/31/2026
MM/ DD/ YYYY

**Elias Yazbeck**
Printed name

**The Law Office of Elias M. Yazbeck, PLLC**
Firm name

**4119 Montrose Blvd Suite 470**
Number Street

**Houston** **TX** **77006**
City State ZIP Code

**(281) 755-7320**
Contact phone

**elias@yazbecklaw.com**
Email address

**24132103** **TX**
Bar number State

Fill in this information to identify the case:

Debtor name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Security Deposits | | | | | | $81,608.38 |
| 2 | Prepaid Rent | | Prepaid rent | | | | $69,005.52 |
| 3 | Capital One Credit Card<br>Po Box 60519<br>City of Industry, CA 91716-0519 | | Credit Card | | | | $59,245.34 |
| 4 | Wilscot<br>6400 E Mcdowell Rd Ste 300<br>Scottsdale, AZ 85257-3194 | | Vendor | | | | $17,063.30 |
| 5 | City of Midland - Utilities<br>Po Box 1152<br>Midland, TX 79702-1152 | | Utilities | | | | $12,753.02 |
| 6 | Chadwell Supply<br>5115 Joanne Kearney Blvd<br>Tampa, FL 33619-8602 | | Supplies | | | | $7,418.00 |
| 7 | Viper Security Services<br>1917 Morgan Way<br>Midland, TX 79705 | | Security services | | | | $6,000.00 |
| 8 | Rent Path<br>950 East Paces Ferry Rd Ne<br>#2600<br>Atlanta, GA 30326-1386 | | Vendor | | | | $5,382.00 |

Debtor **RanchlandMTX, LLC**
Name

Case number *(if known)*

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Carpet Tech<br>6613 19th St<br>Lubbock, TX 79407-1303 | | | | | | $1,368.44 |
| 10 | Permian Basin Apartment Association<br>Po Box 61728<br>Midland, TX 79711-1728 | | HOA | | | | $1,231.08 |
| 11 | Builders and Homeowners Supplies<br>Po Box 4965<br>Midland, TX 79704-4965 | | Supplies | | | | $671.04 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case:

Debtor Name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas**
(State)

Case number (If known): ________

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

❑ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Wells Fargo** | **Checking account** | **4 8 0 8** | **$180.30** |
| 3.2. **Wells Fargo** | **Savings account** | **2 4 2 1** | **$1,022.89** |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$1,203.19** |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

❑ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 | |

Debtor **RanchlandMTX, LLC** Case number *(if known)* ____________
Name

7.2 ____________ ____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | **Property Tax Escrow** | **$144,240.96** |
| 8.2 | **Property Insurance Escrow** | **$115,127.92** |
| 8.3 | **Reserves** | **$79,560.00** |
| 8.4 | **Cost Seg** | **$1,900.00** |

9. **Total of Part 2** **$340,828.88**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$100,000.00** | - | **unknown** | =..... ➔ | **$100,000.00** |
| 11b. Over 90 days old: | **$430,002.04** | - | **unknown** | =..... ➔ | **$430,002.04** |

12. **Total of Part 3** **$530,002.04**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | |
| 14.2 | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1. | | | |

15.2. ______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ______

16.2 ______

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. ______

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | ______ | ______ MM / DD / YYYY | ______ | ______ | ______ |
| 20. | **Work in progress** | | | | |
| | ______ | ______ MM / DD / YYYY | ______ | ______ | ______ |
| 21. | **Finished goods, including goods held for resale** | | | | |
| | ______ | ______ MM / DD / YYYY | ______ | ______ | ______ |
| 22. | **Other inventory or supplies** | | | | |
| | ______ | ______ MM / DD / YYYY | ______ | ______ | ______ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. ______

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor **RanchlandMTX, LLC** Case number *(if known)* ____________
Name

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85. ____________

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ____________ Valuation method ____________ Current value ____________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor **RanchlandMTX, LLC** Case number *(if known)* ______
Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | | | | |
| 40. | **Office fixtures** | | | |
| | **HVAC** | **$15,905.65** | **Cost Value** | **unknown** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Office equipment** | **$35,063.92** | **Cost Value** | **unknown** |
| | **Appliances** | **$54,652.29** | **Cost Value** | **unknown** |
| | **Boiler** | **$15,950.00** | **Cost Value** | **unknown** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |

47.3

47.4

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1

48.2

49. **Aircraft and accessories**

49.1

49.2

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

❑ No
❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

❑ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Ranchland Apartments / 1212 E Wadley Ave Midland, TX 79705-5743** | **Fee Simple** | **$7,412,770.00** | **Market value** | **$14,200,000.00** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.
**$14,200,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

❑ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

Debtor **RanchlandMTX, LLC** Case number *(if known)* ______
Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)
______ ______ – ______ = ➔ ______
Total face amount doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
______ Tax year ______ ______
______ Tax year ______ ______
______ Tax year ______ ______

73. **Interests in insurance policies or annuities**
______ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
______ ______
**Nature of claim** ______
**Amount requested** ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
______ ______
**Nature of claim** ______
**Amount requested** ______

76. **Trusts, equitable or future interests in property**
______ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
______ ______
______ ______

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. ______

Debtor **RanchlandMTX, LLC** Case number *(if known)* ____________
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No

❑ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,203.19 | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $340,828.88 | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $530,002.04 | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | unknown | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➔ | | | $14,200,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* + | | | |
| 91. | **Total.** *Add lines 80 through 90 for each column* 91a. | $872,034.11 | + 91b. | $14,200,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. **$15,072,034.11**

Fill in this information to identify the case:

Debtor name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas** (State)

Case number (if known): ______

❑ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

❑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 | **$11,259,000.00** | **$14,200,000.00** |

**2.1 Creditor's name**

**1212 East Wadley Avenue Holdings Limited Partnership**

**Creditor's mailing address**

**c/o CWCapital Asset Management LLC**

**900 19th St Nw 8th Floor**

**Washington, DC 20006-2105**

**Creditor's email address, if known**

**Date debt was incurred** ______

**Last 4 digits of account number** 1 0 3 9

**Do multiple creditors have an interest in the same property?**

❑ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**1) 1212 East Wadley Avenue Holdings Limited Partnership**; 2) SG Full Renovation LLC

**Describe debtor's property that is subject to a lien**

Ranchland Apartments

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

❑ Yes

**Is anyone else liable on this claim?**

❑ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$11,343,225.00**

Debtor **RanchlandMTX, LLC** Case number (if known) ____
Name

**Part 1:** Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.2** | $84,225.00 | $14,200,000.00 |

**2.2 Creditor's name**
**SG Full Renovation LLC**

**Creditor's mailing address**
**c/o Craig A. Bernstein**
**3500 Maple Ave Ste 1220**
**Dallas, TX 75219-3906**

**Creditor's email address, if known**

**Date debt was incurred** ____

**Last 4 digits of account number** ____

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**
Ranchland Apartments

**Describe the lien**
**Mechanic Lien against general contractor and property owner**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor **RanchlandMTX, LLC** Case number (if known) ______
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Wilmington Trust, National Association, as Trustee for the registered Holders of Morgan Stanley Capital I Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-K93**<br>**c/o CWCapital Asset Management LLC**<br>**900 19th St Nw 8th Floor**<br>**Washington, DC 20006-2105** | Line 2. 1 | |
| **Stuart C. Atwell, Maeghan E. Whitehead, S. Wesley Butler, Christin J. Jones, Sasha Mohammad, and Zoe P. Stendara**<br>**c/o Kitpatrick Townsend & Stockton LLP**<br>**2001 Ross Ave #4400**<br>**Dallas, TX 75201-2924** | Line 2. 1 | |
| **CWCapital Asset Management LLC**<br>**900 19th St Nw 8th Floor**<br>**Washington, DC 20006-2105** | Line 2. 1 | |
| **REIT Group Real Estate Services, LLC**<br>**d/b/a Ranchland Apartments**<br>**4229 Ranch to Market Rd 620 N Suite 338**<br>**Austin, TX 78734** | Line 2. 2 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

Debtor **RanchlandMTX, LLC** Case number (if known) ______
Name

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br>**Date or dates debt was incurred**<br>____________<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>____________<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | ________ | ________ |
| 2.2 | **Priority creditor's name and mailing address**<br>____________<br>____________<br>____________<br>**Date or dates debt was incurred**<br>____________<br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed<br>**Basis for the claim:**<br>____________<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | ________ | ________ |

Debtor **RanchlandMTX, LLC** Case number *(if known)* ______
Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount of claim |
|---|---|---|---|
| 3.1 | **Builders and Homeowners Supplies**<br>**Po Box 4965**<br>**Midland, TX 79704-4965**<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __ | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplies<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $671.04 |
| 3.2 | **Capital One Credit Card**<br>**Po Box 60519**<br>**City of Industry, CA 91716-0519**<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __ | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Credit Card<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $59,245.34 |
| 3.3 | **Carpet Tech**<br>**6613 19th St**<br>**Lubbock, TX 79407-1303**<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __ | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ______<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,368.44 |
| 3.4 | **Chadwell Supply**<br>**5115 Joanne Kearney Blvd**<br>**Tampa, FL 33619-8602**<br>**Date or dates debt was incurred** ______<br>**Last 4 digits of account number** __ __ __ __ | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Supplies<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,418.00 |

Debtor **RanchlandMTX, LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.5** **Nonpriority creditor's name and mailing address**
**City of Midland - Utilities**
**Po Box 1152**
**Midland, TX 79702-1152**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$12,753.02**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**Permian Basin Apartment Association**
**Po Box 61728**
**Midland, TX 79711-1728**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$1,231.08**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** HOA

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Prepaid Rent**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$69,005.52**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Prepaid rent

**Is the claim subject to offset?**
☑ No
❑ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Rent Path**
**950 East Paces Ferry Rd Ne #2600**
**Atlanta, GA 30326-1386**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,382.00**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor **RanchlandMTX, LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.9 Nonpriority creditor's name and mailing address**
**Security Deposits**

**As of the petition filing date, the claim is:** **$81,608.38**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.10 Nonpriority creditor's name and mailing address**
**Viper Security Services**
**1917 Morgan Way**
**Midland, TX 79705**

**As of the petition filing date, the claim is:** **$6,000.00**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Security services

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**3.11 Nonpriority creditor's name and mailing address**
**Wilscot**
**6400 E Mcdowell Rd Ste 300**
**Scottsdale, AZ 85257-3194**

**As of the petition filing date, the claim is:** **$17,063.30**
*Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** Vendor

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor **RanchlandMTX, LLC**
Name

Case number *(if known)*

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. | + | **$261,746.12** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$261,746.12** |

Fill in this information to identify the case:

Debtor name: RanchlandMTX, LLC

United States Bankruptcy Court for the: Western District of Texas (State)

Case number (If known): ______ Chapter 11

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Apartment Management | Knarrs Ventures LLC<br>301 Santaluz Ln<br>Austin, TX 78732-2467 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western** District of **Texas** (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Knight Restoration, LLC** | **4200 Sojourn Dr** (Street)<br>**Addison, TX 75001-5021** (City State ZIP Code) | **SG Full Renovation LLC** | ☑ D<br>❑ E/F<br>❑ G |
| 2.2 | **Ravinder and Suman Katta** | **301 Santaluz Ln** (Street)<br>**Austin, TX 78732-2467** (City State ZIP Code) | **1212 East Wadley Avenue Holdings Limited Partnership** | ☑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Debtor **RanchlandMTX, LLC**
Name

Case number (if known) ______________

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name RanchlandMTX, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): ______ Chapter 11

❑ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

1a. **Real Property:**
Copy line 88 from *Schedule A/B*.......... **$14,200,000.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.......... **$872,034.11**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......... **$15,072,034.11**

### Part 2: Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.......... **$11,343,225.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... **$0.00**

3b. **Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... + **$261,746.12**

4. **Total liabilities**.......... **$11,604,971.12**
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>❑ Other | **$350,970.98** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other | **(14,490.00)**<br>**$0.00** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>❑ Other | **$379,573.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Creditor's name<br>Street<br>City State ZIP Code | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. Creditor's name

Street

City State ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RanchlandMTX, LLC v. CWCCapital Asset Management, LLC, et al.**<br><br>**Case number**<br>**7:26- cv-00290-DC-RCG** | **Mortgage payment misplacement, lack of channel of cure default.** | **Western District of Texas, Midland-Odessa Division**<br>Name<br>**200 E Wall St**<br>Street<br><br>**Midland, TX 79701-5217**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br>Street<br>City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name<br>Street<br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

❑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. **A tenant-caused fire completely destroyed one of the buildings at the Ranchland Apartments.** | | **February 2024** | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Law Office of Elias M. Yazbeck, PLLC** | **Attorney's Fee** | **8/31/2026** | **$30,000.00** |

**Address**

**4119 Montrose Blvd Suite 470**
Street

**Houston, TX 77006**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name | | |

Street

City State ZIP Code

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. ____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br>City State ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ____ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ – _______<br>**Dates business existed**<br>From ____ To ____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Name<br>Street<br>City State ZIP Code | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Name<br>Street<br>City State ZIP Code | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name<br>Street<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. ____________________
Name
____________________
Street
____________________
____________________
City State ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. ____________________
Name
____________________
Street
____________________
____________________
City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | , | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From ______ To ______ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name / Street / City State ZIP Code | | | |

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2026** 8/31/2026
MM/ DD/ YYYY

Signed by:
✗ Ravinder Katta
E2E3FEA68687436
Signature of individual signing on behalf of the debtor

Printed name **Ravinder Katta**

Position or relationship to debtor **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name **RanchlandMTX, LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* ____________

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration **List of Equity Security Holders, Corporate Ownership Statement, Corporate Resolution**

I declare under penalty of perjury that the foregoing is true and correct.

8/31/2026

Executed on **08/31/2026**
MM/ DD/ YYYY

✗ Signed by: Ravinder Katta
F2E3EEA68687436...
Signature of individual signing on behalf of debtor

**Ravinder Katta**
Printed name

**Authorized Representative**
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of Texas

**In re** RanchlandMTX, LLC

Case No. ____________

**Debtor** Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........ **$30,000.00**

   Prior to the filing of this statement I have received ........ **$30,000.00**

   Balance Due ........ **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Signed by:

**08/31/2026**
*Date*
8/31/2026

Elias Yazbeck
00BC04699A7A4E2...
*Signature of Attorney*

Bar Number: 24132103
The Law Office of Elias M. Yazbeck, PLLC
4119 Montrose Blvd Suite 470
Houston, TX 77006
Phone: (281) 755-7320

**The Law Office of Elias M. Yazbeck, PLLC**
*Name of law firm*

1212 East Wadley Avenue
Holdings Limited Partnership
c/o CWCapital Asset Management LLC
900 19th St Nw 8th Floor
Washington, DC 20006-2105

Builders and Homeowners
Supplies
Po Box 4965
Midland, TX 79704-4965

Capital One Credit Card
Po Box 60519
City of Industry, CA 91716-0519

Carpet Tech
6613 19th St
Lubbock, TX 79407-1303

Chadwell Supply
5115 Joanne Kearney Blvd
Tampa, FL 33619-8602

City of Midland - Utilities
Po Box 1152
Midland, TX 79702-1152

CWCapital Asset Management
LLC
900 19th St Nw 8th Floor
Washington, DC 20006-2105

CWCCapital Asset
Management, LLC
c/o Kitpatrick Townsend & Stockton LLP
2001 Ross Ave Suite 4400
Dallas, TX 75201-2924

Docusign Envelope ID: 2BC27FC4-9E69-8BBB-8071-E31E27EC5B1D


DIGISTRANDS LLC
4013 Kimberly Dr
Flower Mound, TX 75022-0967

Equity Trust Company Custodian FBO Seshagiri Chilukuri
1071 W Riverside Way
San Jose, CA 95129-2829

Equity Trust Company Custodian FBO Srinivas Konda
22427 Banister
San Antonio, TX 78259-2679

Equity Trust Company Custodian FBO Surender Reddy Katta
4895 Rio Vista Ave
San Jose, CA 95129-1009

Narayana Reddy Janga
2409 Hunters Green Ct
Austin, TX 78732-2054

Jegasiva Ventures, LLC
5871 Hillbrook Pl
Dublin, CA 94568-7307

Anupama Kallem
2705 Azalea Bluff Dr
Cumming, GA 30041-3207

Naveen Katkuri
1315 Hartford Terrace
Cumming, GA 30041

Shyam Katta
9848 Crenshaw Cir
Clermont, FL 34711-5324

KHOB 401K Trust
3886 Highpointe Ct
Dublin, CA 94568-8830

Knarrs Ventures LLC
301 Santaluz Ln
Austin, TX 78732-2467

Knight Restoration, LLC
4200 Sojourn Dr
Addison, TX 75001-5021

Midland County Tax Assessor-Collector
Attn: Mary Helen Bowers, TAC
c/o 1212 East Wadley Avenue
P.o. Box 712
Midland, TX 79702-0712

Satish Mynam
960 Desmet Ln
San Jose, CA 95125-6359

Permian Basin Apartment Association
Po Box 61728
Midland, TX 79711-1728

Prepaid Rent

RanchlandMTX, LLC
c/o Ravi Katta
301 Santaluz Ln
Austin, TX 78732-2467

Ravinder and Suman Katta
301 Santaluz Ln
Austin, TX 78732-2467

REIT Group Real Estate Services, LLC
d/b/a Ranchland Apartments
4229 Ranch to Market Rd 620 N Suite 338
Austin, TX 78734

Rent Path
950 East Paces Ferry Rd Ne #2600
Atlanta, GA 30326-1386

RVK Group LLC
1208 Backbay Dr
Irving, TX 75063-5408

Security Deposits

SG Full Renovation LLC
c/o Craig A. Bernstein
3500 Maple Ave Ste 1220
Dallas, TX 75219-3906

Stuart C. Atwell, Maeghan E. Whitehead, S. Wesley Butler, Christin J. Jones, Sasha Mohammad, and Zoe P. Stendara
c/o Kitpatrick Townsend & Stockton LLP
2001 Ross Ave #4400
Dallas, TX 75201-2924

The Entrust Group Inc
10699 Hale Pl
Cupertino, CA 95014-1627

Tommy D. Sheen, Courtney Stephens, Carter Bowers
c/o Gibson & Sheen, PLLC
13914 Indiana Ave Suite 100
Lubbock, TX 79423-5612

Viper Security Services
1917 Morgan Way
Midland, TX 79705

Wilmington Trust, National Association, as Trustee for the registered Holders of Morgan Stanley Capital I Inc., Multifamily Mortgage Pass-Through Certificates, Series 2019-K93
c/o CWCapital Asset Management LLC
900 19th St Nw 8th Floor
Washington, DC 20006-2105

Wilscot
6400 E Mcdowell Rd Ste 300
Scottsdale, AZ 85257-3194

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **RanchlandMTX, LLC**

CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Signed by:

Date **08/31/2026** Signature Ravinder Katta

F2E3EEA68687436...

8/31/2026 Ravinder Katta, Authorized Representative

## United States Bankruptcy Court
### Western District of Texas

In re **RanchlandMTX, LLC** Debtor(s)

Case No. ______

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **RanchlandMTX, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Knarrs Ventures LLC

☐ None [*Check if applicable*]

8/31/2026

**08/31/2026**

Date

Signed by:

00BC34600A7A4E2...

**Elias Yazbeck**
Signature of Attorney or Litigant
Counsel for **RanchlandMTX, LLC**

**Bar Number: 24132103**
**The Law Office of Elias M. Yazbeck, PLLC**
**4119 Montrose Blvd Suite 470**
**Houston, TX 77006**
**Phone: (281) 755-7320**
**Email: elias@yazbecklaw.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

IN RE: **RanchlandMTX, LLC**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY

**PETITION, LISTS, STATEMENTS, AND SCHEDULES**

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date **08/31/2026**

8/31/2026

Signed by:
Ravinder Katta
F2E3EEA68687436...

Ravinder Katta
Authorized Representative
EIN No. 6 1 6 3

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date **08/31/2026**

8/31/2026

Signed by:
00BC34690A7A4E2...

Elias Yazbeck
Attorney

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:
**RanchlandMTX, LLC**

CHAPTER **11**

DEBTOR(S)

CASE NO

**LIST OF EQUITY SECURITY HOLDERS**

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

**See attached.**

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Authorized Representative** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **08/31/2026** 8/31/2026

Signature: Signed by: Ravinder Katta F2E3EEA68687436...
*Ravinder Katta, Authorized Representative*

**Debtor: RanchlandMTX, LLC**
**List of LLC Members**

**Name and Address**

| Name and Address | |
|---|---|
| Knarrs Ventures LLC<br>301 Santaluz Ln<br>Austin, TX 78732-2467 | Managing Member |

DIGISTRANDS LLC
4013 KIMBERLY DR
FLOWER MOUND, TX 75022

Equity Trust Company Custodian FBO
Surender Reddy Katta
4895 Rio Vista Ave
San Jose, California 95129

Shyam Katta
9848 Crenshaw Circle
Clermont, Florida 34711

RVK Group LLC
1208 Backbay Dr
Irving, TX 75063

Jegasiva Ventures, LLC
5871 Hillbrook Pl
Dublin, CA 94568

Narayana Reddy Janga
2409 Hunters Green Court
Austin, Texas 78732

Satish Mynam
960 Desmet Ln
San Jose, CA 95125

Naveen Katkuri
1315 Hartford Terrace
Cumming, GA 30041

Anupama Kallem
2705 Azalea Bluff Drive
Cumming, GA 30041

**Debtor: RanchlandMTX, LLC**
**List of LLC Members**

**Name and Address**

---

The Entrust Group Inc. FBO Sunil Kumar
Ranka IRA# 7230000384
10699 Hale Place
Cupertino, CA 95014

Equity Trust Company Custodian FBO
Seshagiri Chilukuri
1071 W Riverside Way
San Jose, CA 95129

KHOB 401K Trust
3886 Highpointe Court
Dublin, CA 94568

Equity Trust Company Custodian FBO
Srinivas Konda
22427 Banister
San Antonio, Texas 78259

Docusign Envelope ID: 2BC27FC4-9E69-8BBB-8071-E31F27EC5B1D


**RANCHLANDMTX, LLC**

**UNANIMOUS RESOLUTION OF MEMBERS**

**WHEREAS**, RanchlandMTX, LLC ("Ranchland" or the "Company") held a meeting of members on August 31, 2026;

**WHEREAS,** Ravinder Katta is the authorized representative of the Company ("Authorized Representative"); and

**WHEREAS**, the Authorized Representative has determined and unanimously voted that it is in the best interest of the Company, its creditors, security holders, and other constituencies to authorize the filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"), including making the election to proceed as a single asset real estate company, as defined by the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas ("Bankruptcy Court").

**NOW, THEREFORE,** the Company hereby adopts and approves the following resolutions and takes the following actions:

**RESOLVED,** the Authorized Representative is authorized to act as the corporate representative of the Company to execute and verify any and all documents necessary to complete the filing of a voluntary petition for relief and initiate a case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") for and on behalf of the Company;

**RESOLVED,** that the Company is authorized, empowered and directed to retain The Law Office of Elias M. Yazbeck, PLLC as counsel to represent the Company in its Chapter 11 Case, subject to any requisite Bankruptcy Court approval;

**RESOLVED,** that the Company, through its Authorized Representative, or any other authorized representative, is hereby authorized, empowered and directed, in the name of and on behalf of the Company, to execute and verify the necessary and proper pleadings and documents with respect to its Chapter 11 Case, do and perform all acts and deeds and take any necessary action on behalf of the Company in connection with Chapter 11 Case;

**RESOLVED**, that the Company's Authorized Representative, or through any person authorized by the Managing Member, is authorized to appear and testify in any and all proceedings in the Chapter 11 Case on behalf of the Company; and

**RESOLVED,** that any and all past actions heretofore taken by the Managing Member of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions are, hereby are, ratified, confirmed, and approved.

The resolution is hereby **APPROVED** by the unanimous consent of the Authorized Representative of the Company on this **31st day of August 2026**:

Signed by:
Ravinder Katta
F2E3EEA68687436...

Ravinder Katta
Authorized Representative of RanchlandMTX, LLC

# Income Statement - 12 Month

**REIT Group (Property Management)**

**Property Groups:** Ranchland Apts.

**Fund Type:** All

**Period Range:** Jan 2026 to Jul 2026

**Accounting Basis:** Cash

**Level of Detail:** Summary View

**Include Zero Balance GL Accounts:** No

| Account Name | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 | Total |
|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | |
| **Income** | | | | | | | | |
| RENTAL INCOME | 148,038.52 | 144,457.10 | 143,626.72 | 146,853.34 | 149,005.76 | 149,066.40 | 151,189.08 | 1,032,236.92 |
| OTHER INCOME | 37,783.21 | 7,167.67 | 6,221.24 | 8,034.67 | 5,784.60 | 7,067.09 | 6,834.53 | 78,893.01 |
| UTILITY REIMBURSEMENT | 11,590.55 | 11,906.23 | 10,350.91 | 12,102.33 | 10,377.42 | 10,533.33 | 12,167.78 | 79,028.55 |
| **Total Operating Income** | **197,412.28** | **163,531.00** | **160,198.87** | **166,990.34** | **165,167.78** | **166,666.82** | **170,191.39** | **1,190,158.48** |
| **Expense** | | | | | | | | |
| ADMINISTRATIVE EXPENSE | 2,325.26 | 1,459.81 | 2,380.15 | 1,097.20 | 7,540.84 | 1,543.14 | 5,527.28 | 21,873.68 |
| MARKETING | 800.00 | 400.00 | 0.00 | 478.25 | 121.75 | 400.00 | 400.00 | 2,600.00 |
| PAYROLL | 11,950.27 | 11,404.69 | 10,407.30 | 11,016.64 | 19,935.65 | 10,936.07 | 12,342.02 | 87,992.64 |
| MANAGEMENT FEES | 9,870.61 | 8,276.55 | 8,009.94 | 8,349.52 | 8,258.39 | 8,333.34 | 8,509.48 | 59,607.83 |
| UTILITIES | 28,785.68 | 22,232.15 | 27,342.52 | 18,040.68 | 18,356.37 | 18,134.08 | 21,794.72 | 154,686.20 |
| CONTRACT SERVICES | 1,227.94 | 0.00 | 0.00 | 802.50 | 1,549.00 | 749.00 | 0.00 | 4,328.44 |
| TURN COST | 1,290.50 | 1,150.00 | 1,225.00 | 2,153.22 | 4,221.47 | 2,916.08 | 3,513.30 | 16,469.57 |
| REPAIR & MAINTENANCE | 269.83 | 2,161.22 | 2,229.89 | 3,378.18 | 2,267.73 | 3,787.52 | 4,284.19 | 18,378.56 |
| TAXES & INSURANCE | 40,059.98 | 40,059.98 | 40,059.98 | 40,059.98 | 40,059.98 | 40,059.98 | 40,059.98 | 280,419.86 |
| DEBT SERVICE | 39,721.89 | 0.00 | 0.00 | 0.00 | 39,721.89 | 0.00 | 0.00 | 79,443.78 |
| **Total Operating Expense** | **136,301.96** | **87,144.40** | **91,654.78** | **85,376.17** | **142,033.07** | **86,859.21** | **96,430.97** | **725,800.56** |
| | | | | | | | | |
| **NOI - Net Operating Income** | **61,110.32** | **76,386.60** | **68,544.09** | **81,614.17** | **23,134.71** | **79,807.61** | **73,760.42** | **464,357.92** |
| | | | | | | | | |
| **Other Income & Expense** | | | | | | | | |
| **Other Expense** | | | | | | | | |
| CAPITAL EXPENSES | 22,037.07 | 15,387.81 | 18,277.61 | 16,251.97 | 22,671.82 | 9,492.54 | 9,268.12 | 113,386.94 |

## Income Statement - 12 Month

| Account Name | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 | Total |
|---|---|---|---|---|---|---|---|---|
| **Total Other Expense** | **22,037.07** | **15,387.81** | **18,277.61** | **16,251.97** | **22,671.82** | **9,492.54** | **9,268.12** | **113,386.94** |
| | | | | | | | | |
| **Net Other Income** | **-22,037.07** | **-15,387.81** | **-18,277.61** | **-16,251.97** | **-22,671.82** | **-9,492.54** | **-9,268.12** | **-113,386.94** |
| | | | | | | | | |
| Total Income | 197,412.28 | 163,531.00 | 160,198.87 | 166,990.34 | 165,167.78 | 166,666.82 | 170,191.39 | 1,190,158.48 |
| Total Expense | 158,339.03 | 102,532.21 | 109,932.39 | 101,628.14 | 164,704.89 | 96,351.75 | 105,699.09 | 839,187.50 |
| | | | | | | | | |
| Net Income | **39,073.25** | **60,998.79** | **50,266.48** | **65,362.20** | **462.89** | **70,315.07** | **64,492.30** | **350,970.98** |

# Balance Sheet

**Property Groups:** Ranchland Apts.

**As of:** 07/31/2026

**Accounting Basis:** Cash

**Level of Detail:** Summary View

**Include Zero Balance GL Accounts:** No

| Account Name | Balance |
|---|---|
| **ASSETS** | |
| **Cash** | |
| Operating Cash | 70,849.92 |
| Security Deposit Cash | 519.89 |
| RLA CapitalOne - 0163 | -62,946.79 |
| **Total Cash** | **8,423.02** |
| Cost Seg | 1,900.00 |
| Reserves | 79,560.00 |
| Property Tax Escrow | 144,240.96 |
| Property Insurance Escrow | 115,127.92 |
| Receivable from LV1 | 100,000.00 |
| Receivable from Reit | 341,378.13 |
| Receivable from Knarrs | 88,623.91 |
| BUILDING ASSETS | 7,412,770.00 |
| OTHER PROPERTY ASSETS | 48,642.04 |
| Equipment/Tools | 35,063.92 |
| Appliances | 54,652.29 |
| Boiler | 15,950.00 |
| HVAC | 15,905.65 |
| TOTAL ASSETS | **8,462,237.84** |
| | |
| | |
| **LIABILITIES & CAPITAL** | |
| **Liabilities** | |
| SECURITY DEPOSITS | 81,608.38 |
| Prepaid Rent | 69,005.52 |
| Mortgage Payable - Walker Dunlop | 11,259,000.00 |
| DEBT SERVICE | -1,329,871.34 |
| **Total Liabilities** | **10,079,742.56** |
| **Capital** | |
| Owner Contribution | 3,250,000.00 |
| Owner Distribution | -5,045,911.42 |
| Prior Years Retained Earnings | 255,590.96 |
| Calculated Retained Earnings | 350,970.98 |
| Calculated Prior Years Retained Earnings | -428,155.24 |
| **Total Capital** | **-1,617,504.72** |
| TOTAL LIABILITIES & CAPITAL | **8,462,237.84** |

Form **8879-PE**
(Rev. December 2025)
Department of the Treasury
Internal Revenue Service

# *E-file* Authorization for Form 1065

(For return of partnership income or administrative adjustment request (AAR))

**ERO must obtain and retain completed Form 8879-PE.**

**Go to *www.irs.gov/Form8879PE* for the latest information.**

OMB No. 1545-0123

For calendar year 20 25 , or tax year beginning , 20 , and ending , 20 .

| Name of partnership | Employer identification number |
|---|---|
| RANCHLANDMTX LLC | [redacted]6163 |

**Part I** **Form 1065 Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 0 |
| 2 | Gross profit (Form 1065, line 3) | 2 | 0 |
| 3 | Ordinary business income (loss) (Form 1065, line 23) | 3 | 0 |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | -14,490 |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | 0 |

**Part II** **Declaration and Signature Authorization of Partner or Member, or Partnership Representative (PR) (Designated Individual (DI) if the PR is an entity).**

I declare under penalties of perjury that:

**1a.** If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.

**b.** If the Form 1065 is being transmitted as part of an AAR, I am the PR (DI if the PR is an entity) of the named partnership for the partnership taxable year to which the AAR relates.

**2.** I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.

**3.** I am fully authorized to sign the return or AAR on behalf of the partnership.

**4.** The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.

**5.** I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return or AAR.

**6.** I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner or Member, or PR (DI if the PR is an entity) PIN: check one box only**

[X] I authorize GLOBAL TAX ADVISORS (**ERO firm name**) to enter my PIN [redacted] (**Don't enter all zeros**) as my signature on the partnership's electronically filed return of partnership income or AAR.

[ ] As a Partner or Member, or PR (DI if the PR is an entity) of the partnership, I will enter my PIN as my signature on the partnership's electronically filed return of partnership income or AAR.

Partner or Member, or PR (DI if the PR is an entity) signature: ____________________

Title: MANAGER Date: ____________

**Part III** **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [redacted]
**Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: JINAL DHARIA Date: 6/26/2026

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

**For calendar year 2025, or tax year beginning __________, ending __________.**
**Go to *www.irs.gov/Form1065* for instructions and the latest information.**

OMB No. 1545-0123

**2025**

| | | | | | |
|---|---|---|---|---|---|
| A Principal business activity: REAL ESTATE | Name of partnership: RANCHLANDMTX LLC | | | | D Employer identification number: [redacted]6163 |
| B Principal product or service: RENTAL | Number and street: 301 SANTALUZ LN | | | Room or suite no. | E Date business started: 1/4/2017 |
| C Business code number: 531310 | City or town: AUSTIN | State or province: TX | Country | ZIP or foreign postal code: 78732 | F Total assets (see instructions): $ 7,860,794 |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify):

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: 14

**J** Check if Schedules C and M-3 are attached ☐

**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| Section | Line | Description | Box | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales ____ **b** Less returns and allowances ____ **c** Balance | 1c | 0 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 0 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement) | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 0 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | |
| | 14 | Taxes and licenses | 14 | |
| | 15 | Interest (see instructions) | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) — 16a | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return — 16b | 16c | 0 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | 20 | |
| | 21 | Other deductions (attach statement) | 21 | |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | 22 | 0 |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | 23 | 0 |
| Tax and Payment | 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 24 | |
| | 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | 25 | |
| | 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| | 27 | Other taxes (see instructions) | 27 | |
| | 28 | **Total balance due.** Add lines 24 through 27 | 28 | 0 |
| | 29 | Elective payment election amount from Form 3800 | 29 | |
| | 30 | Payment (see instructions) | 30 | |
| | 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| | 32a | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32a | |
| | b | Routing number ____ **c** Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member — Date: 6/30/2026

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Enter preparer's name: JINAL DHARIA | Preparer's signature: JINAL DHARIA | Date: 6/26/2026 | Check ☒ if self-employed | PTIN: P01637718 |
| Firm's name: GLOBAL TAX ADVISORS | | | Firm's EIN: 83-3815300 | |
| Firm's address: 2648 SALORN WAY | | | Phone no. (323) 244-9909 | |
| City: ROUND ROCK | State: TX | | ZIP code: 78681 | |

Form 1065 (2025) RANCHLANDMTX LLC [redacted]6163 Page **2**

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership **f** ☐ Other: ______ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1 | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more, of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of corporation | **(ii)** Employer identification number (if any) | **(iii)** Country of incorporation | **(iv)** Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more, in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of entity | **(ii)** Employer identification number (if any) | **(iii)** Type of entity | **(iv)** Country of organization | **(v)** Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2025, did the partnership have an interest in or a signature or other authority over financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ______ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election ______ See instructions for details regarding a section 754 election. | | X |
| **b** | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ ______ and the total aggregate net negative amount $ ( ______ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

**Schedule B** **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ ________ and the total aggregate net negative amount $ ( ________ ) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ ________ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| e | Reserved for future use | | |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13a | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions 0 | | |
| b | Reserved for future use | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. 0 | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ________ | | |
| 16a | Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | X |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. ________ | | |
| 18 | Enter the number of partners that are foreign governments under section 892. 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments, or receive any payments allocable to foreign partners, that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ ________ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Does the partnership intend to self-certify as a qualified opportunity fund? | | X |
| | If "Yes," complete and attach Form 8996, Qualified Opportunity Fund, and enter the amount (if any) from Form 8996, line 15 $ ________ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ________ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

## Schedule B Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: By vote: ________ By value: ________ | | X |
| 29 | Is the partnership required to file Form 7208, Excise Tax on Repurchase of Corporate Stock (see instructions): | | |
| a | Under the applicable foreign corporation rules? | | X |
| b | Under the covered surrogate foreign corporation rules? | | X |
| | If "Yes" to either (a) or (b), complete Form 7208. See the Instructions for Form 7208. | | |
| 30 | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions | | X |
| 31 | Reserved for future use | | |
| 32 | Check this box if an election out of subchapter K under section 761 is being made. See instructions ☐ | | |
| 33 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . 0 If "No," complete Designation of Partnership Representative below. | | X |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| First name of PR (or entity name) | Last name of PR | | | | |
|---|---|---|---|---|---|
| KNARRS VENTURES LLC | | | | | |
| U.S. address of PR | Street: 301 SANTALUZ LN | City: AUSTIN | State: TX | ZIP code: 78732 | U.S. phone number of PR: [redacted] |

Name of designated individual (DI) if PR is an entity

| First name of DI | Last name of DI | | | | |
|---|---|---|---|---|---|
| RAVINDER | KATTA | | | | |
| U.S. address of DI | Street: 301 SANTALUZ LANE | City: AUSTIN | State: TX | ZIP code: 78732 | U.S. phone number of DI: [redacted] |

Form 1065 (2025) RANCHLANDMTX LLC [redacted]6163 Page 5

## Schedule K Partners' Distributive Share Items

| Section | Line | Description | Line | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 23) | 1 | |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | -14,490 |
| | 3a | Other gross rental income (loss) — 3a | | |
| | b | Expenses from other rental activities (attach statement) — 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Guaranteed payments: a Services 4a 0 b Capital 4b 0 | | |
| | c | Total. Add lines 4a and 4b | 4c | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| | b | Qualified dividends 6b — c Dividend equivalents 6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) — 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) — 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type: | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Cash contributions | 13a | |
| | b | Noncash contributions | 13b | |
| | c | Investment interest expense | 13c | |
| | d | Section 59(e)(2) expenditures: (1) Type: (2) Amount: | 13d(2) | |
| | e | Other deductions (see instructions) Type: | 13e | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | 14a | |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) Type: | 15d | |
| | e | Other rental credits (see instructions) Type: | 15e | |
| | f | Other credits (see instructions) Type: | 15f | |
| International | 16a | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| | b | Check this box if you qualified for an exception to filing Schedule K-2 (Form 1065) ☐ | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | -779 |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |
| | 21 | Total foreign taxes paid or accrued | 21 | |

Form 1065 (2025) RANCHLANDMTX LLC [redacted]6163 Page **6**

## Analysis of Net Income (Loss) per Return

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | | 1 | -14,490 |
| 2 | Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt organization | **(vi)** Nominee/Other |
| a | General partners | | | | | | |
| b | Limited partners | -1,449 | | -4,349 | -4,125 | | -4,567 |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 567 | | 105,674 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | 0 | | 0 |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | 955 | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 9,592,462 | | 9,816,785 | |
| b | Less accumulated depreciation | 2,454,719 | 7,137,743 | 2,798,706 | 7,018,079 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 11 | Land (net of any amortization) | | 208,420 | | 208,420 |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | 0 | | 0 |
| 13 | Other assets (attach statement) | | 404,068 | | 528,621 |
| 14 | Total assets | | 7,751,753 | | 7,860,794 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 10,186,069 | | 9,965,526 |
| 17 | Other current liabilities (attach statement) | | 1,113,654 | | 207,728 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | 1,250,000 |
| 21 | Partners' capital accounts | | ( 3,547,970) | | ( 3,562,460) |
| 22 | Total liabilities and capital | | 7,751,753 | | 7,860,794 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -14,490 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 0 | a | Tax-exempt interest $ | 0 |
| 3 | Guaranteed payments (other than health insurance) | 0 | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation $ | 0 |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | 0 |
| b | Travel and entertainment $ | 0 | 9 | Income (loss) (*Analysis of Net Income (Loss) per Return*, line 1). Subtract line 8 from line 5 | -14,490 |
| 5 | Add lines 1 through 4 | -14,490 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -3,547,970 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | -14,490 | | | |
| 4 | Other increases (itemize): | 0 | 8 | Add lines 6 and 7 | 0 |
| 5 | Add lines 1 through 4 | -3,562,460 | 9 | Balance at end of year. Subtract line 8 from line 5 | -3,562,460 |

Form **7004** (Rev. December 2025)

Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

**File a separate application for each return.**
**Go to *www.irs.gov/Form7004* for instructions and the latest information.**

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| RANCHLANDMTX LLC | [redacted]6163 |

| Number and street (If P.O. box, see instructions.) | Room or suite no. |
|---|---|
| 301 SANTALUZ LN | |

| City or town | State or province | Country | ZIP or foreign postal code |
|---|---|---|---|
| AUSTIN | TX | | 78732 |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

## Part I Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1 Enter the form code for the return listed below that this application is for . . . . . 09

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GSD | 01 | Form 1120-ND | 19 |
| Form 706-GST | 02 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 708 | 37 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120-S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |

## Part II All Filers Must Complete This Part

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . . ☐

5a The application is for calendar year 20 25 , or tax year beginning ________, 20 ___ , and ending ________ , 20 ___ .

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions—attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . | 6 | 0 |
| 7 | **Total payments and credits**. See instructions . . . . . | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . | 8 | 0 |

Form **8825** (Rev. December 2025)
Department of the Treasury Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

**Attach to Form 1065 or 1120-S.**
**Go to *www.irs.gov/Form8825* for instructions and the latest information.**

OMB No. 1545-0123

Name: RANCHLANDMTX LLC
Employer identification number: [redacted]6163

**1** Enter the address and type of each rental real estate property. For each rental real estate property listed, report the number of days rented at fair rental value and number of days of personal use. Attach page 2 to list additional properties. See instructions.

| | (a) Physical address of each property (street, city, state, ZIP code) | (b) Type (Enter code 1–8; see page 2 for list.) | (c) Type (Enter code A–I; see page 2 for list.) | (d) Fair rental days | (e) Personal-use days |
|---|---|---|---|---|---|
| A | 1212 E WADLEY AVENUE<br>MIDLAND, TX 79705 | 2 | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | | | Properties A | B | C | D |
|---|---|---|---|---|---|---|
| | **Rental Real Estate Income** | | | | | |
| 2a | Gross rents | 2a | 2,159,068 | | | |
| b | Other income related to rental real estate activity | 2b | | | | |
| c | Total rental real estate income for each property. Add lines 2a and 2b | 2c | 2,159,068 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | 843 | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | 273,146 | | | |
| 8 | Interest (see instructions) | 8 | 634,746 | | | |
| 9 | Legal and other professional fees | 9 | 308 | | | |
| 10 | Real estate taxes | 10 | 144,372 | | | |
| 11 | Repairs | 11 | 16,203 | | | |
| 12 | Utilities | 12 | 277,675 | | | |
| 13 | Wages and salaries | 13 | 117,745 | | | |
| 14 | Depreciation (see instructions) | 14 | 343,987 | | | |
| 15 | Reserved for future use | 15 | | | | |
| 16 | Reserved for future use | 16 | | | | |
| 17 | Other deductions (attach Schedule A (Form 8825)) | 17 | 364,533 | | | |
| 18 | Total rental real estate expenses for each property. Add lines 3 through 17 | 18 | 2,173,558 | | | |
| 19 | Income or (loss) from each rental real estate property. Subtract line 18 from line 2c | 19 | -14,490 | | | |

| | | | |
|---|---|---|---|
| 20a | Total rental real estate income. Add total rental real estate income from line 2c. See instructions | 20a | 2,159,068 |
| b | Total rental real estate expenses. Add total rental real estate expenses from line 18. See instructions | 20b | ( 2,173,558 ) |
| 21 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 21 | |
| 22a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 22a | |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 22a. Attach a statement if more space is needed. | | |

| (1) Name | (2) Employer identification number |
|---|---|
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| 23 | Net rental real estate income (loss). Combine lines 20a through 22a. Enter the result here and on Schedule K, line 2, of Form 1065 or 1120-S | 23 | -14,490 |

**SCHEDULE A (Form 8825)**
(December 2025)
Department of the Treasury
Internal Revenue Service

# Rental Real Estate Other Deductions

**Attach to Form 8825.**
**Go to *www.irs.gov/Form8825* for instructions and the latest information.**

OMB No. 1545-0123

Name of partnership or S corporation: RANCHLANDMTX LLC
**Employer identification number**: [redacted]6163

| | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 1 | Asset management fee | | | | |
| 2 | Bad debt expense | | | | |
| 3 | Building maintenance | | | | |
| 4 | Common charges | | | | |
| 5 | Contract services | | | | |
| 6 | Debt extinguishment costs | | | | |
| 7 | Ground rent | | | | |
| 8 | Grounds maintenance | | | | |
| 9 | Homeowner association fee | | | | |
| 10 | Incentive fee | | | | |
| 11 | Landscaping | | | | |
| 12 | Leased employee expense | | | | |
| 13 | Management fee | | | | |
| 14 | Other taxes | | | | |
| 15 | Prepayment penalty | | | | |
| 16 | Reimbursed wages/salaries (reimbursed to management co.) | | | | |
| 17 | Section 481(a) adjustments | | | | |
| 18 | Tenant renovations | | | | |
| 19 | Tenant services | | | | |
| 20 | Turnover expenses | | | | |
| 21 | Reserved for future use | | | | |
| 22 | Reserved for future use | | | | |
| 23 | Reserved for future use | | | | |
| 24 | Reserved for future use | | | | |
| 25 | Reserved for future use | | | | |
| 26 | Reserved for future use | | | | |
| 27 | Reserved for future use | | | | |
| 28 | Reserved for future use | | | | |
| 29 | Reserved for future use | | | | |
| 30 | Other | 364,533 | | | |
| 31 | **Total** (Enter the total here and on Form 8825, line 17.) | 364,533 | | | |

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

**Attach to your tax return.**
**Go to *www.irs.gov/Form4562* for instructions and the latest information.**

OMB No. 1545-0172
**2025**
Attachment Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | **Identifying number** |
|---|---|---|
| RANCHLANDMTX LLC | 8825: 01 | [redacted]6163 |

**Part I — Election To Expense Certain Property Under Section 179**

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 0 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2024 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2026. Add lines 9 and 10, less line 12 | 13 | 0 |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II — Special Depreciation Allowance and Other Depreciation** (**Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III — MACRS Depreciation** (**Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2025 | 17 | 343,987 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2025 Tax Year Using the General Depreciation System**

| (a) Classification of property (see instructions) | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h 50-year property | | | 50 yrs. | MM | S/L | |
| i Residential rental | | | 27.5 yrs. | MM | S/L | |
| property | | | 27.5 yrs. | MM | S/L | |
| j Nonresidential real | | | 39 yrs. | MM | S/L | |
| property | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2025 Tax Year Using the Alternative Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |
| e 50-year | | | 50 yrs. | MM | S/L | |

**For Paperwork Reduction Act Notice, see separate instructions.**
HTA

Form 4562 (2025) RANCHLANDMTX LLC [redacted]6163 Page **2**

**Part IV** **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 343,987 |
| 23a | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to interest costs capitalized under section 263A(f) | 23a | |
| b | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to costs capitalized under section 263A other than interest costs capitalized under section 263A(f) | 23b | |

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**

**b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

**c** Do you own, lease, or charter an aircraft? Check all that apply. See instructions ☐ **Own** ☐ **Lease** ☐ **Charter**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21 | | | | | | **28** | 0 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7 | | | | | | | **29** | 0 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

[redacted]

## Line 20c, Sch K (1065) - Other Information

### Section 199A Information

| | Non-SSTB | SSTB |
|---|---|---|
| **Income Items** | | |
| Rental Real Estate Income | -14,490 | 0 |
| **Additional Information** | | |
| Section 199A W-2 wages | 117,745 | 0 |
| Section 199A unadjusted basis | 9,816,785 | 0 |

## Line 6, Sch L (1065) - Other Current Assets

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | RECEIVABLE FROM MIDLAND | 1 | 730 | |
| 2 | RECEIVABLE FROM COASTAL POINT | 2 | 225 | |
| 3 | Total other current assets | 3 | 955 | 0 |

## Line 13, Sch L (1065) - Other Assets

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | RESERVES | 1 | 5,304 | 68,952 |
| 2 | PROPERTY TAX ESCROW | 2 | 177,153 | 249,384 |
| 3 | Property Insurance Escrow | 3 | 221,611 | 210,285 |
| 4 | Total other assets | 4 | 404,068 | 528,621 |

## Line 17, Sch L (1065) - Other Current Liabilities

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | OTHER CURRENT LIABILITIES | 1 | 214,047 | 196,943 |
| 2 | PAYABLE TO REIT GROUP | 2 | 618,409 | 10,785 |
| 3 | PAYABLE TO KNARRS VENTURES | 3 | 279,532 | 0 |
| 4 | PAYABLE TO MUKESH | 4 | 800 | 0 |
| 5 | PAYABLE TO LEGACY | 5 | 500 | 0 |
| 6 | PAYABLE TO COASTAL POINT | 6 | 366 | 0 |
| 7 | Total other current liabilities | 7 | 1,113,654 | 207,728 |

## Line 20, Sch L (1065) - Other Liabilities

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | SUBSCRIPTION RECEIVED | 1 | 0 | 1,250,000 |
| 2 | Total other liabilities | 2 | 0 | 1,250,000 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Schedule A, Line 30 (8825) - Other Expense Summary for 01

| | | | Full Amount | Allowed |
|---|---|---|---|---|
| 1 | OFFICE SUPPLIES | 1 | 1,044 | 1,044 |
| 2 | SOFTWARE SUBSCRIPTION | 2 | 8,551 | 8,551 |
| 3 | EVICTION FEES | 3 | 3,626 | 3,626 |
| 4 | BANK FEES | 4 | 443 | 443 |
| 5 | MANAGEMENT FEES | 5 | 287,419 | 287,419 |
| 6 | CONTRACT SERVICES | 6 | 13,754 | 13,754 |
| 7 | WORKER'S COMPENSATION | 7 | 4,025 | 4,025 |
| 8 | PAYROLL TAXES | 8 | 12,719 | 12,719 |
| 9 | TRAVEL | 9 | 85 | 85 |
| 10 | DUES & SUBCRIPTION | 10 | 1,487 | 1,487 |
| 11 | RESIDENT SCREENING | 11 | 2,991 | 2,991 |
| 12 | COMMISSIONS & BONUS | 12 | 16,625 | 16,625 |
| 13 | 401K BENEFIT | 13 | 4,589 | 4,589 |
| 14 | LEASE ADMINISTRATION FEES | 14 | 3,608 | 3,608 |
| 15 | RENTERS INSURANCE EXPENSE | 15 | 3,567 | 3,567 |
| 16 | Total | 16 | 364,533 | 364,533 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

# Form 4562 Statement - 8825: 01

12/31/2025

RANCHLANDMTX LLC 81-4856163

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con-vention Code | Prior Accum. Deprec., 179, Bonus | 2025 Deprec. | 2025 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Depreciation Detail** | | | | | | | | | | | | | | | | |
| **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | | | | |
| | BUILDING | 2/15/2017 | R-4 | 100.00% | 7,204,350 | 0 | 0 | 0 | 0 | 7,204,350 | 27.5 | SL/GDS | MM | 2,062,892 | 261,950 | 2,324,842 |
| | IMPROVEMENTS | 2/15/2017 | R-4 | 100.00% | 278,898 | 0 | 0 | 0 | 0 | 278,898 | 27.5 | SL/GDS | MM | 76,481 | 10,141 | 86,622 |
| | CLOSING COST | 2/15/2017 | R-4 | 100.00% | 10,252 | 0 | 0 | 0 | 0 | 10,252 | 27.5 | SL/GDS | MM | 2,937 | 373 | 3,310 |
| | IMPROVEMENTS - REMODEI | 7/15/2018 | R-4 | 100.00% | 193,945 | 0 | 0 | 0 | 0 | 193,945 | 27.5 | SL/GDS | MM | 45,545 | 7,052 | 52,597 |
| | HVAC | 7/15/2018 | R-4 | 100.00% | 15,906 | 0 | 0 | 0 | 0 | 15,906 | 27.5 | SL/GDS | MM | 3,733 | 578 | 4,311 |
| | BOILER | 7/15/2018 | R-4 | 100.00% | 15,950 | 0 | 0 | 0 | 0 | 15,950 | 27.5 | SL/GDS | MM | 3,746 | 580 | 4,326 |
| | REFINANCE COST | 3/22/2019 | R-4 | 100.00% | 173,498 | 0 | 0 | 0 | 0 | 173,498 | 30.0 | SL/GDS | MM | 34,435 | 5,783 | 40,218 |
| | IMPROVEMENTS - REMODEI | 6/15/2019 | R-4 | 100.00% | 127,867 | 0 | 0 | 0 | 0 | 127,867 | 30.0 | SL/GDS | MM | 24,216 | 4,262 | 28,478 |
| | IMPROVEMENTS - REMODEI | 7/1/2020 | R-4 | 100.00% | 204,751 | 0 | 0 | 0 | 0 | 204,751 | 30.0 | SL/GDS | MM | 30,713 | 6,825 | 37,538 |
| | IMPROVEMENTS - REMODEI | 6/30/2021 | R-4 | 100.00% | 123,884 | 0 | 0 | 0 | 0 | 123,884 | 27.5 | SL/GDS | MM | 15,953 | 4,504 | 20,457 |
| | IMPROVEMENTS - REMODEI | 6/30/2022 | R-4 | 100.00% | 240,924 | 0 | 0 | 0 | 0 | 240,924 | 27.5 | SL/GDS | MM | 22,266 | 8,760 | 31,026 |
| | IMPROVEMENTS - REMODEI | 6/30/2023 | R-4 | 100.00% | 663,047 | 0 | 0 | 0 | 0 | 663,047 | 27.5 | SL/GDS | MM | 37,170 | 24,108 | 61,278 |
| | IMPROVEMENTS - REMODEI | 6/30/2024 | R-4 | 100.00% | 249,473 | 0 | 0 | 0 | 0 | 249,473 | 27.5 | SL/GDS | MM | 4,915 | 9,071 | 13,986 |
| | Total MACRS deductions for prior years (Line 17) | | | | 9,502,745 | 0 | 0 | 0 | 0 | 9,502,745 | | | | 2,365,002 | 343,987 | 2,708,989 |
| | **Subtotal Depreciation** | | | | 9,502,745 | 0 | 0 | 0 | 0 | 9,502,745 | | | | 2,365,002 | 343,987 | 2,708,989 |
| | **Total Depreciation and Amortization** | | | | 9,502,745 | 0 | 0 | 0 | 0 | 9,502,745 | | | | 2,365,002 | 343,987 | 2,708,989 |

## Form 4562 Reconciliation

| | | |
|---|---|---|
| Annual depreciation and amortization (including Sec 168(f) elected amounts) | | 343,987 |
| Special allowance except listed property (Line 14) - current year assets | | 0 |
| Special allowance - listed property (Line 25) - current year assets | | 0 |
| Section 179 amount claimed (includes prior year disallowed) | 0 | |
| Section 179 amount carried forward to future year | 0 | |
| Section 179 deduction (Line 12) reported on Schedule K | | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | | 0 |
| **Form 4562 , Line 22** | | 343,987 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Summary of Unadjusted Basis of Qualified Property (4562)

12/31/2025

### Summary of Qualified Property by Activity

| | Activity | Unadjusted Cost or Basis |
|---|---|---|
| **1** | 1065 | 0 |
| **2** | 8825: 01 | 9,816,785 |

### Detail of Qualified Property

| | Activity | Asset Description | Date In Service | Recovery Period | Years in Service | Total Cost or Basis | Business/Time Use Percent | Unadjusted Cost or Basis |
|---|---|---|---|---|---|---|---|---|
| **3** | 8825: 01 | APPLIANCES | 6/15/2017 | 5.0 | 9 | 54,653 | 100.00% | 54,653 |
| **4** | 8825: 01 | EQUIPMENTS | 6/15/2017 | 7.0 | 9 | 35,064 | 100.00% | 35,064 |
| **5** | 8825: 01 | BUILDING | 2/15/2017 | 27.5 | 9 | 7,204,350 | 100.00% | 7,204,350 |
| **6** | 8825: 01 | IMPROVEMENTS | 2/15/2017 | 27.5 | 9 | 278,898 | 100.00% | 278,898 |
| **7** | 8825: 01 | CLOSING COST | 2/15/2017 | 27.5 | 9 | 10,252 | 100.00% | 10,252 |
| **8** | 8825: 01 | IMPROVEMENTS - REMODE | 7/15/2018 | 27.5 | 8 | 193,945 | 100.00% | 193,945 |
| **9** | 8825: 01 | HVAC | 7/15/2018 | 27.5 | 8 | 15,906 | 100.00% | 15,906 |
| **10** | 8825: 01 | BOILER | 7/15/2018 | 27.5 | 8 | 15,950 | 100.00% | 15,950 |
| **11** | 8825: 01 | REFINANCE COST | 3/22/2019 | 30.0 | 7 | 173,498 | 100.00% | 173,498 |
| **12** | 8825: 01 | IMPROVEMENTS - REMODE | 6/15/2019 | 30.0 | 7 | 127,867 | 100.00% | 127,867 |
| **13** | 8825: 01 | IMPROVEMENTS - REMODE | 7/1/2020 | 30.0 | 6 | 204,751 | 100.00% | 204,751 |
| **14** | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2021 | 27.5 | 5 | 123,884 | 100.00% | 123,884 |
| **15** | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2022 | 27.5 | 4 | 240,924 | 100.00% | 240,924 |
| **16** | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2023 | 27.5 | 3 | 663,047 | 100.00% | 663,047 |
| **17** | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2024 | 27.5 | 2 | 249,473 | 100.00% | 249,473 |
| **18** | 8825: 01 | IMPROVEMENTS - REMODE | 12/31/2025 | 27.5 | 1 | 224,323 | 100.00% | 224,323 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Sch L (1065) - Balance Sheets per Books

| | Assets | | Beginning | | Ending |
|---|---|---|---|---|---|
| 1 | Cash | 1 | 567 | | 105,674 |
| 2a | Trade notes and accounts receivable | 2a | | | |
| 2b | Less allowance for bad debts | 2b | | | |
| 2c | Net trade notes and accounts receivable | 2c | 0 | | 0 |
| 3 | Inventories | 3 | 0 | | 0 |
| 4 | U.S. government obligations | 4 | | | |
| 5 | Tax-exempt securities | 5 | | | |
| 6 | Other current assets | 6 | 955 | | 0 |
| 7a | Loans to partners (or persons related to partners) | 7a | | | |
| 7b | Mortgage and real estate loans | 7b | | | |
| 8 | Other investments | 8 | 0 | | 0 |
| 9a | Buildings and other depreciable assets | 9a | 9,592,462 | | 9,816,785 |
| 9b | Less accumulated depreciation | 9b | 2,454,719 | | 2,798,706 |
| 9c | Net buildings and other depreciable assets | 9c | 7,137,743 | | 7,018,079 |
| 10a | Depletable assets | 10a | | | |
| 10b | Less accumulated depletion | 10b | | | |
| 10c | Net depletable assets | 10c | 0 | | 0 |
| 11 | Land (net of any amortization) | 11 | 208,420 | | 208,420 |
| 12a | Intangible assets (amortizable only) | 12a | 0 | | 0 |
| 12b | Less accumulated amortization | 12b | 0 | | 0 |
| 12c | Net intangible assets | 12c | 0 | | 0 |
| 13 | Other assets | 13 | 404,068 | | 528,621 |
| 14 | Total assets | 14 | 7,751,753 | | 7,860,794 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | 15 | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | 16 | 10,186,069 | | 9,965,526 |
| 17 | Other current liabilities | 17 | 1,113,654 | | 207,728 |
| 18 | All nonrecourse loans | 18 | | | |
| 19a | Loans from partners (or persons related to partners) | 19a | | | |
| 19b | Mortgages, notes, bonds payable in 1 year or more | 19b | | | |
| 20 | Other liabilities | 20 | 0 | | 1,250,000 |
| 21 | Partners' capital accounts | 21 | -3,547,970 | | -3,562,460 |
| 22 | Total liabilities and capital | 22 | 7,751,753 | | 7,860,794 |

**End of year balance sheet out of balance by** 0

## Assets by Classification - 8825: 01

12/31/2025

RANCHLANDMTX LLC [redacted]

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con-vention Code | Prior Accum. Deprec., 179, Bonus | 2025 Deprec. | 2025 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Land** | | | | | | | | | | | | | | | | |
| | LAND | 2/15/2017 | N-1 | 100.00% | 208,420 | 0 | 0 | 0 | 0 | 208,420 | 0 | | | 0 | 0 | 0 |
| | Total: Land | | | | 208,420 | 0 | 0 | 0 | 0 | 208,420 | | | | 0 | 0 | 0 |
| **27.5-yr Residential rental real estate** | | | | | | | | | | | | | | | | |
| | BUILDING | 2/15/2017 | R-4 | 100.00% | 7,204,350 | 0 | 0 | 0 | 0 | 7,204,350 | 27.5 | SL/GDS | MM | 2,062,892 | 261,950 | 2,324,842 |
| | IMPROVEMENTS | 2/15/2017 | R-4 | 100.00% | 278,898 | 0 | 0 | 0 | 0 | 278,898 | 27.5 | SL/GDS | MM | 76,481 | 10,141 | 86,622 |
| | CLOSING COST | 2/15/2017 | R-4 | 100.00% | 10,252 | 0 | 0 | 0 | 0 | 10,252 | 27.5 | SL/GDS | MM | 2,937 | 373 | 3,310 |
| | APPLIANCES | 6/15/2017 | R-4 | 100.00% | 54,653 | 0 | 0 | 27,327 | 0 | 27,326 | 5.0 | SL/GDS | MM | 54,653 | 0 | 54,653 |
| | EQUIPMENTS | 6/15/2017 | R-4 | 100.00% | 35,064 | 0 | 0 | 17,532 | 0 | 17,532 | 7.0 | SL/GDS | MM | 35,064 | 0 | 35,064 |
| | IMPROVEMENTS - REMODEl | 7/15/2018 | R-4 | 100.00% | 193,945 | 0 | 0 | 0 | 0 | 193,945 | 27.5 | SL/GDS | MM | 45,545 | 7,052 | 52,597 |
| | HVAC | 7/15/2018 | R-4 | 100.00% | 15,906 | 0 | 0 | 0 | 0 | 15,906 | 27.5 | SL/GDS | MM | 3,733 | 578 | 4,311 |
| | BOILER | 7/15/2018 | R-4 | 100.00% | 15,950 | 0 | 0 | 0 | 0 | 15,950 | 27.5 | SL/GDS | MM | 3,746 | 580 | 4,326 |
| | REFINANCE COST | 3/22/2019 | R-4 | 100.00% | 173,498 | 0 | 0 | 0 | 0 | 173,498 | 30.0 | SL/GDS | MM | 34,435 | 5,783 | 40,218 |
| | IMPROVEMENTS - REMODEl | 6/15/2019 | R-4 | 100.00% | 127,867 | 0 | 0 | 0 | 0 | 127,867 | 30.0 | SL/GDS | MM | 24,216 | 4,262 | 28,478 |
| | IMPROVEMENTS - REMODEl | 7/1/2020 | R-4 | 100.00% | 204,751 | 0 | 0 | 0 | 0 | 204,751 | 30.0 | SL/GDS | MM | 30,713 | 6,825 | 37,538 |
| | IMPROVEMENTS - REMODEl | 6/30/2021 | R-4 | 100.00% | 123,884 | 0 | 0 | 0 | 0 | 123,884 | 27.5 | SL/GDS | MM | 15,953 | 4,504 | 20,457 |
| | IMPROVEMENTS - REMODEl | 6/30/2022 | R-4 | 100.00% | 240,924 | 0 | 0 | 0 | 0 | 240,924 | 27.5 | SL/GDS | MM | 22,266 | 8,760 | 31,026 |
| | IMPROVEMENTS - REMODEl | 6/30/2023 | R-4 | 100.00% | 663,047 | 0 | 0 | 0 | 0 | 663,047 | 27.5 | SL/GDS | MM | 37,170 | 24,108 | 61,278 |
| | IMPROVEMENTS - REMODEl | 6/30/2024 | R-4 | 100.00% | 249,473 | 0 | 0 | 0 | 0 | 249,473 | 27.5 | SL/GDS | MM | 4,915 | 9,071 | 13,986 |
| | IMPROVEMENTS - REMODEl | 12/31/2025 | R-4 | 100.00% | 224,323 | 0 | 0 | 0 | 0 | 224,323 | 27.5 | SL/GDS | MM | 0 | 0 | 0 |
| | Total: 27.5-yr Res rental real estate | | | | 9,816,785 | 0 | 0 | 44,859 | 0 | 9,771,926 | | | | 2,454,719 | 343,987 | 2,798,706 |
| | SubTotals | | | | 10,025,205 | 0 | 0 | 44,859 | 0 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |
| | Less: Disposed Assets | | | | ( 0) | ( 0) | ( 0) | ( 0) | ( 0) | ( 0) | | | | ( 0) | ( 0) | ( 0) |
| | Ending Totals | | | | 10,025,205 | 0 | 0 | 44,859 | 0 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |

# Detail Report - 8825: 01

12/31/2025

RANCHLANDMTX LLC [redacted]

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed in Service | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Rec Period | Method | Con-vention Code | Prior Accum. Deprec., 179, Bonus | 2025 Current Deprec. | 2025 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | APPLIANCES | 6/15/2017 | 100.00% | 54,653 | 0 | 27,327 | 27,326 | 5.0 | SL/GDS | MM | 54,653 | 0 | 54,653 |
| | EQUIPMENTS | 6/15/2017 | 100.00% | 35,064 | 0 | 17,532 | 17,532 | 7.0 | SL/GDS | MM | 35,064 | 0 | 35,064 |
| | LAND | 2/15/2017 | 100.00% | 208,420 | 0 | 0 | 208,420 | 0 | | | 0 | 0 | 0 |
| | BUILDING | 2/15/2017 | 100.00% | 7,204,350 | 0 | 0 | 7,204,350 | 27.5 | SL/GDS | MM | 2,062,892 | 261,950 | 2,324,842 |
| | IMPROVEMENTS | 2/15/2017 | 100.00% | 278,898 | 0 | 0 | 278,898 | 27.5 | SL/GDS | MM | 76,481 | 10,141 | 86,622 |
| | CLOSING COST | 2/15/2017 | 100.00% | 10,252 | 0 | 0 | 10,252 | 27.5 | SL/GDS | MM | 2,937 | 373 | 3,310 |
| | IMPROVEMENTS - REMODEI | 7/15/2018 | 100.00% | 193,945 | 0 | 0 | 193,945 | 27.5 | SL/GDS | MM | 45,545 | 7,052 | 52,597 |
| | HVAC | 7/15/2018 | 100.00% | 15,906 | 0 | 0 | 15,906 | 27.5 | SL/GDS | MM | 3,733 | 578 | 4,311 |
| | BOILER | 7/15/2018 | 100.00% | 15,950 | 0 | 0 | 15,950 | 27.5 | SL/GDS | MM | 3,746 | 580 | 4,326 |
| | REFINANCE COST | 3/22/2019 | 100.00% | 173,498 | 0 | 0 | 173,498 | 30.0 | SL/GDS | MM | 34,435 | 5,783 | 40,218 |
| | IMPROVEMENTS - REMODEI | 6/15/2019 | 100.00% | 127,867 | 0 | 0 | 127,867 | 30.0 | SL/GDS | MM | 24,216 | 4,262 | 28,478 |
| | IMPROVEMENTS - REMODEI | 7/1/2020 | 100.00% | 204,751 | 0 | 0 | 204,751 | 30.0 | SL/GDS | MM | 30,713 | 6,825 | 37,538 |
| | IMPROVEMENTS - REMODEI | 6/30/2021 | 100.00% | 123,884 | 0 | 0 | 123,884 | 27.5 | SL/GDS | MM | 15,953 | 4,504 | 20,457 |
| | IMPROVEMENTS - REMODEI | 6/30/2022 | 100.00% | 240,924 | 0 | 0 | 240,924 | 27.5 | SL/GDS | MM | 22,266 | 8,760 | 31,026 |
| | IMPROVEMENTS - REMODEI | 6/30/2023 | 100.00% | 663,047 | 0 | 0 | 663,047 | 27.5 | SL/GDS | MM | 37,170 | 24,108 | 61,278 |
| | IMPROVEMENTS - REMODEI | 6/30/2024 | 100.00% | 249,473 | 0 | 0 | 249,473 | 27.5 | SL/GDS | MM | 4,915 | 9,071 | 13,986 |
| | IMPROVEMENTS - REMODEI | 12/31/2025 | 100.00% | 224,323 | 0 | 0 | 224,323 | 27.5 | SL/GDS | MM | 0 | 0 | 0 |
| | SubTotals | | | 10,025,205 | 0 | 44,859 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |
| | Less: Disposed Assets | | | ( 0) | ( 0) | ( 0) | ( 0) | | | | ( 0) | ( 0) | ( 0) |
| | Ending Totals | | | 10,025,205 | 0 | 44,859 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |

Docusign Envelope ID: 2BC27FC4-9E69-8DBB-8071-E31E27EC5B1D
26-11748-smr Doc#1 Filed 08/31/26 Entered 08/31/26 23:57:33 Main Document Pg 78 of 78

## UNNAMED CUSTOM LIST

| | COLUMN 1 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |