Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

Fill in this information to identify the case:

Debtor name RanchlandMTX, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): 26-11748-smr

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $1,353,801.20 |
| **For prior year:** | From 01/01/2025 to 12/31/2025<br>MM/ DD/ YYYY MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $2,159,068.00 |
| **For the year before that:** | From 01/01/2024 to 12/31/2024<br>MM/ DD/ YYYY MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $2,070,312.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** | From 01/01/2025 to 12/31/2025<br>MM/ DD/ YYYY MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2024 to 12/31/2024<br>MM/ DD/ YYYY MM/ DD/ YYYY | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Creditor's name<br>Street<br>City State ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **REIT Group, LLC (see attachment)**<br>Creditor's name<br>**301 Santaluz Ln**<br>Street<br>**Austin, TX 78732**<br>City State ZIP Code<br>Relationship to debtor<br>**Sister company (majority interests are under same owners)** | | **see attachment** | **Property management fees, repayment of cash loaned previously** |
| 4.2. **Knarrs Ventures LLC (see attachment)**<br>Creditor's name<br>**301 Santaluz Ln**<br>Street<br>**Austin, TX 78732-2467**<br>City State ZIP Code<br>Relationship to debtor<br>**Managing Member of Debtor** | | **see attachment** | **Repayment of loan or capital injected previously** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| 6.1. | Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **RanchlandMTX, LLC v. CWCCapital Asset Management, LLC, et al.**<br>Case number<br>**7:26- cv-00290-DC-RCG** | **Mortgage payment misplacement, lack of channel of cure default.** | **Western District of Texas, Midland-Odessa Division**<br>Name<br>**200 E Wall St**<br>Street<br>**Midland, TX 79701-5217**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | Court name and address |
| Street | Case number | Name |
| City State ZIP Code | Date of order or assignment | Street |
| | | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

❑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **A tenant-caused fire completely destroyed one of the buildings at the Ranchland Apartments.** | | **February 2024** | |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **The Law Office of Elias M. Yazbeck, PLLC** | **Attorney's Fee** | **8/31/2026** | **$30,000.00** |

**Address**

**4119 Montrose Blvd Suite 470**
Street

**Houston, TX 77006**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. Street<br>City State ZIP Code | From ____ To ____ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name<br>Street<br>City State ZIP Code | | |
| | **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

**Part 9: Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

❑ No.

☑ Yes.

State the nature of the information collected and retained. **Personal identification and income for background check and financial ability to pay for pay**

Does the debtor have a privacy policy about that information?

❑ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __–__ __ __ __ __ __ __ |

Has the plan been terminated?

❑ No

❑ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | Name<br>Street<br>City State ZIP Code | XXXX– __ __ __ __ | ❑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other ______ | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ❑ Pending |
| **Case number** | Street | | ❑ On appeal |
| | City State ZIP Code | | ❑ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City State ZIP Code | City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name / Street / City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __ |
| | | **Dates business existed** From ____ To ____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| 26a.1. **Phung Ngo**<br>Name<br>Street<br>City State ZIP Code | From ____ To ____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| 26b.1. **Phung Ngo**<br>Name<br>Street<br>City State ZIP Code | From ____ To ____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **Phung Ngo**<br>Name<br>Street<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.

Name

Street

City State ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**Name and address of the person who has possession of inventory records**

27.1.

Name

Street

City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ravinder Katta | 301 Santaluz Ln Austin, TX 78732-2467 | Manager, Manager of LLC Managing Member | 21.15% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **REIT Group, LLC**<br>Name<br>**301 Santaluz Ln**<br>Street<br><br>**Austin, TX 78732-2467**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Sister company (majority interests are under same owners)** | **See attachment** | | **Property Management Fee** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Knarrs Ventures LLC**<br>Name<br>**301 Santaluz Ln**<br>Street<br><br>**Austin, TX 78732-2467**<br>City State ZIP Code<br>**Relationship to debtor**<br>**Managing Member of Debtor** | **See attachment** | | **Loan repayment** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/15/2026**
MM/ DD/ YYYY

Debtor **RanchlandMTX, LLC**
Name

Case number *(if known)*

Signed by:
Ravinder Katta
F2E3EEA68687436...

X ______________________
Signature of individual signing on behalf of the debtor

Printed name **Ravinder Katta**

Position or relationship to debtor **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

# General Ledger

**Exported On:** 09/13/2026 12:40 PM
**Property Groups: Ranchland Apts.**
**Created By:** All
**GL Accounts: Payable to Knarrs Ventures and Reit-group**
**Exclude Zero Dollar Receipts From Cash Accounts:** Yes
**Date Range: 01/01/2023 to 08/31/2026**
**Accounting Basis:** Cash
**Show Reversed Transactions:** No
**Project:** All

| Date | Type | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|
| **2500 - Loan Payable - Knarrs Ventures** | | | | | |
| Starting Balance | | | | 0.00 | |
| 05/10/2023 | JE | | 100,000.00 | -100,000.00 | Loan from Knarrs |
| 11/17/2023 | JE | | 100,000.00 | -200,000.00 | Loan from Knarrs |
| 12/31/2023 | JE | | 74,198.64 | -274,198.64 | Management fee for 2018 |
| 12/31/2023 | JE | | 5,733.59 | -279,932.23 | Payable to Knarrs/ (Ranchland Expenses paid by Knars |
| 03/01/2024 | JE | 25,000.00 | | -254,932.23 | Pay back to Knarrs |
| 04/08/2024 | JE | | 40,000.00 | -294,932.23 | Pay back to Knarrs |
| 06/03/2024 | JE | 11,000.00 | | -283,932.23 | Pay back to Knarrs |
| 06/06/2024 | JE | | 10,000.00 | -293,932.23 | loan from Knarrs |
| 06/06/2024 | JE | | 1,000.00 | -294,932.23 | loan from Knarrs |
| 06/07/2024 | JE | 6,000.00 | | -288,932.23 | Pay back to Knarrs |
| 07/03/2024 | JE | 50,000.00 | | -238,932.23 | Pay back to Knarrs |
| 07/09/2024 | JE | | 37,000.00 | -275,932.23 | Loan from Knarrs |
| 07/17/2024 | JE | 1,400.00 | | -274,532.23 | Pay back to Knarrs |
| 08/22/2024 | JE | | 1,000.00 | -275,532.23 | Loan from Knarrs |
| 09/04/2024 | JE | 25,000.00 | | -250,532.23 | Pay back to Knarrs |
| 09/10/2024 | JE | | 42,000.00 | -292,532.23 | Loan from Knarr |
| 09/25/2024 | JE | 10,000.00 | | -282,532.23 | Pay back to Knarrs |
| 09/25/2024 | JE | | 43,000.00 | -325,532.23 | Loan from Knarr |
| 10/02/2024 | JE | 20,000.00 | | -305,532.23 | Pay back to Knarrs |
| 10/04/2024 | JE | 20,000.00 | | -285,532.23 | Pay back to Knarrs |
| 10/09/2024 | JE | | 20,000.00 | -305,532.23 | loan from Knarr |
| 10/21/2024 | JE | | 2,000.00 | -307,532.23 | loan from Knarr |
| 11/18/2024 | JE | | 12,000.00 | -319,532.23 | Loan from Kanrrs |
| 12/04/2024 | JE | 30,000.00 | | -289,532.23 | Pay back to Knarrs |
| 12/05/2024 | JE | 10,000.00 | | -279,532.23 | Pay back to Knarrs |
| 01/10/2025 | JE | | 90,000.00 | -369,532.23 | Loan from Knarrs |
| 01/14/2025 | JE | | 1,500.00 | -371,032.23 | Loan from Knarrs |
| 02/06/2025 | JE | 32,000.00 | | -339,032.23 | Pay back to Knarrs |
| 02/10/2025 | JE | | 20,000.00 | -359,032.23 | Loan from Knarrs |
| 02/12/2025 | JE | | 2,000.00 | -361,032.23 | Loan from Knarrs |
| 03/03/2025 | JE | 20,000.00 | | -341,032.23 | Pay back to Knarrs |
| 03/03/2025 | JE | 30,000.00 | | -311,032.23 | Pay back to Knarrs |
| 03/13/2025 | JE | 2,500.00 | | -308,532.23 | Pay back to Knarrs |
| 03/13/2025 | JE | 5,000.00 | | -303,532.23 | Pay back to Knarrs |
| 04/07/2025 | JE | 16,000.00 | | -287,532.23 | Pay back to Knarrs |
| 04/11/2025 | JE | 6,000.00 | | -281,532.23 | Pay back to Knarrs |
| 04/15/2025 | JE | 50,000.00 | | -231,532.23 | Pay back to Knarrs |
| 05/01/2025 | JE | 10,000.00 | | -221,532.23 | Pay back to Knarrs |
| 05/05/2025 | JE | 30,000.00 | | -191,532.23 | Pay back to Knarrs |
| 05/15/2025 | JE | 46,000.00 | | -145,532.23 | Pay back to Knarrs |
| 06/03/2025 | JE | 5,000.00 | | -140,532.23 | Pay back to Knarrs |
| 06/09/2025 | JE | 10,000.00 | | -130,532.23 | Pay back to Knarrs |
| 06/12/2025 | JE | 100,000.00 | | -30,532.23 | Pay back to Knarrs |
| 06/13/2025 | JE | | 12,000.00 | -42,532.23 | Loan from Knarr |
| 06/30/2025 | JE | 1,500.00 | | -41,032.23 | Pay back to Knarrs |
| 07/09/2025 | JE | | 125,000.00 | -166,032.23 | Loan from Knarr |
| 07/09/2025 | JE | | 30,000.00 | -196,032.23 | Loan from Knarr |
| 07/10/2025 | JE | 100,000.00 | | -96,032.23 | Pay back to Knarrs |
| 07/31/2025 | JE | | 101,000.00 | -197,032.23 | Loan from Knarr |
| 07/31/2025 | JE | | 250,000.00 | -447,032.23 | Loan from Knarr |
| 08/06/2025 | JE | 60,000.00 | | -387,032.23 | Pay back to Knarrs |
| 09/02/2025 | JE | 4,000.00 | | -383,032.23 | Pay back to Knarrs |
| 09/18/2025 | JE | | 5,250.00 | -388,282.23 | Loan from Knarrs |
| 09/22/2025 | JE | | 6,000.00 | -394,282.23 | Loan from Knarrs |

| Date | Type | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|
| 09/26/2025 | JE | 6,000.00 | | -388,282.23 | Pay back to Knarrs |
| 09/29/2025 | JE | | 1,000.00 | -389,282.23 | Loan from Knarrs |
| 10/09/2025 | JE | | 22,000.00 | -411,282.23 | Loan from Knarrs |
| 11/03/2025 | JE | | 50,000.00 | -461,282.23 | Loan from Ravi |
| 11/03/2025 | JE | 50,000.00 | | -411,282.23 | Pay back to Ravi |
| 11/14/2025 | JE | 307.01 | | -410,975.22 | Payback to Knarrs (Marketing |
| 12/08/2025 | JE | | 10,000.00 | -420,975.22 | Loan from Knarrs |
| 12/24/2025 | JE | 50,000.00 | | -370,975.22 | Pay back to Knarrs |
| 12/29/2025 | JE | 100,000.00 | | -270,975.22 | Pay back to Knarrs |
| 12/31/2025 | JE | 42,000.00 | | -228,975.22 | Write off A/R Knarrs to A/P |
| 12/31/2025 | JE | | 50,000.00 | -278,975.22 | Payable to Knarrs (Write off |
| 12/31/2025 | JE | 278,975.22 | | 0.00 | JE Mistake - Reversed same |
| 12/31/2025 | JE | | 1,050,000.00 | -1,050,000.00 | JE-2025 Loans From KNARRS |
| 12/31/2025 | JE | 650,000.00 | | -400,000.00 | Loan Payback to Knarrs 2025 |
| 12/31/2025 | JE | | 278,975.22 | -678,975.22 | Reverse JE-Mistake (Same |
| 02/04/2026 | JE | 12,000.00 | | -666,975.22 | Pay back to Knarrs |
| 02/13/2026 | JE | 3,000.00 | | -663,975.22 | Pay back to Knarrs |
| 03/10/2026 | JE | 100,000.00 | | -563,975.22 | Payable to Knarrs (Write off |
| 03/19/2026 | JE | 1,000.00 | | -562,975.22 | Pay back to Knarrs |
| 04/06/2026 | JE | 12,000.00 | | -550,975.22 | Pay back to Knarrs |
| 06/15/2026 | JE | 60,000.00 | | -490,975.22 | Pay back to Knarrs |
| 07/31/2026 | JE | 623.91 | | **-490,351.31** | Knarrs Expense Adjustment |

**Ranchland Owes KNARRS: 490,351.31**

**2501 - Payable to Reit-group**

| Date | Type | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|
| Starting Balance | | | | -422,711.55 | |
| 01/06/2023 | JE | | 10,000.00 | -432,711.55 | Loan from Reit (On behalf of |
| 01/31/2023 | JE | | 370.40 | -433,081.95 | Ranchland Expense Paid by |
| 02/06/2023 | JE | | 16,000.00 | -449,081.95 | Loan from Reit (On behalf of |
| 02/08/2023 | JE | 16,000.00 | | -433,081.95 | Loan from Reit (On behalf of |
| 02/24/2023 | JE | | 48,865.73 | -481,947.68 | Ranchland Expense Paid by |
| 02/28/2023 | JE | | 1,530.16 | -483,477.84 | Ranchland Expense Paid by |
| 03/06/2023 | JE | | 5,000.00 | -488,477.84 | Loan from Reit (On behalf of |
| 03/08/2023 | JE | 5,000.00 | | -483,477.84 | Loan from Reit (On behalf of |
| 03/31/2023 | JE | | 3,188.22 | -486,666.06 | Ranchland Expense Paid by |
| 04/01/2023 | JE | | 9,750.60 | -496,416.66 | Ranchland Expense Paid by |
| 04/06/2023 | JE | | 10,000.00 | -506,416.66 | Loan from Reit (On behalf of |
| 04/27/2023 | JE | | 46,951.29 | -553,367.95 | Ranchland Expense Paid by |
| 04/30/2023 | JE | | 1,557.51 | -554,925.46 | Ranchland Expense Paid by |
| 05/08/2023 | JE | | 52,000.00 | -606,925.46 | Loan from Reit (On behalf of |
| 05/31/2023 | JE | | 1,323.86 | -608,249.32 | Ranchland Expense Paid by |
| 06/30/2023 | JE | | 3,300.56 | -611,549.88 | Ranchland Expense Paid by |
| 07/06/2023 | JE | | 10,000.00 | -621,549.88 | Loan from Reit (On behalf of |
| 07/31/2023 | JE | | 2,964.41 | -624,514.29 | Ranchland Expense Paid by |
| 07/31/2023 | JE | | 423.20 | -624,937.49 | Ranchland Expense Paid by |
| 08/31/2023 | JE | | 2,687.94 | -627,625.43 | Ranchland Expense Paid by |
| 09/06/2023 | JE | | 11,100.00 | -638,725.43 | Loan from Reit (On behalf of |
| 09/30/2023 | JE | | 385.64 | -639,111.07 | Ranchland Expense Paid by |
| 10/19/2023 | JE | | 1,000.00 | -640,111.07 | Loan from Reit (On behalf of |
| 10/31/2023 | JE | 10,250.00 | | -629,861.07 | Rent collection - Pay back to |
| 11/06/2023 | JE | | 7,500.00 | -637,361.07 | Loan from Reit (On behalf of |
| 11/06/2023 | JE | | 39,000.00 | -676,361.07 | Loan from Reit (On behalf of |
| 11/13/2023 | JE | | 25,000.00 | -701,361.07 | Loan from Reit (On behalf of |
| 11/15/2023 | JE | 25,000.00 | | -676,361.07 | Loan from Reit (On behalf of |
| 12/31/2023 | JE | | 26,365.66 | -702,726.73 | Payroll Expense - Payback to |
| 12/31/2023 | JE | 43,759.73 | | -658,967.00 | Payroll Adjustment and Loan |
| 12/31/2023 | JE | | 4,571.21 | -663,538.21 | Reit payment to Divvy Card - |
| 12/31/2023 | JE | | 205,474.27 | -869,012.48 | Reit payment to 1003 Credit |
| 03/21/2024 | JE | 100,000.00 | | -769,012.48 | Ranchland Paid back to Reit |
| 05/06/2024 | JE | | 26,000.00 | -795,012.48 | Loan from Reit (On behalf of |
| 05/07/2024 | JE | | 6,000.00 | -801,012.48 | Loan from Reit (On behalf of |
| 08/22/2024 | JE | | 1,000.00 | -802,012.48 | Loan from Reit (On behalf of |
| 08/28/2024 | JE | | 150.00 | -802,162.48 | Loan from Reit (On behalf of |
| 09/27/2024 | JE | | 4,000.00 | -806,162.48 | Loan from Reit (On behalf of |
| 10/09/2024 | JE | | 20,000.00 | -826,162.48 | Loan from Reit (On behalf of |
| 12/31/2024 | JE | 207,752.82 | | -618,409.66 | Payroll Adjustment and Loan |

| Date | Type | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|
| 01/01/2025 | JE | | 800.00 | -619,209.66 | Appliacne Expense - 02/22 AS |
| 02/10/2025 | JE | | 3,600.00 | -622,809.66 | Loan from Reit (On behalf of |
| 04/01/2025 | JE | | 2,500.00 | -625,309.66 | Ranchland Exp (Zelle to Christ |
| 04/09/2025 | JE | 70,000.00 | | -555,309.66 | Pay back to Reit |
| 06/12/2025 | JE | 5,000.00 | | -550,309.66 | Pay back to Reit |
| 09/05/2025 | JE | | 6,000.00 | -556,309.66 | Loan from Reit (On behalf of |
| 09/22/2025 | JE | | 500.00 | -556,809.66 | Loan from Reit (On behalf of |
| 12/31/2025 | JE | | 124,876.00 | -681,685.66 | Ranchland Expense paid by |
| 12/31/2025 | JE | 788,646.43 | | 106,960.77 | Payroll Adjustment and Loan |
| 12/31/2025 | JE | | 60,083.70 | 46,877.07 | Ranchland Contractor Expense |
| 12/31/2025 | JE | | 11,890.44 | 34,986.63 | Reit payment to 1003 Credit |
| 12/31/2025 | JE | | 50,000.00 | -15,013.37 | write off payroll payable |
| 12/31/2025 | JE | | 119,137.72 | -134,151.09 | write off payroll payable |
| 12/31/2025 | JE | | 75,953.82 | -210,104.91 | Record Management Fee 2023 |
| 12/31/2025 | JE | | 103,515.10 | -313,620.01 | Record Management Fee 2024 |
| 12/31/2025 | JE | | 107,950.00 | -421,570.01 | Record Management Fee 2025 |
| 12/31/2025 | JE | | 160,240.25 | -581,810.26 | Record interest that Reit and |
| 12/31/2025 | JE | 123,365.61 | | -458,444.65 | JE Mistake (Reversed) |
| 12/31/2025 | JE | | 123,365.61 | -581,810.26 | Reversed JE Mistake |
| 01/31/2026 | JE | | 9,870.61 | -591,680.87 | Record management fee - Jan |
| 02/18/2026 | JE | 15,000.00 | | -576,680.87 | Pay back to Reit |
| 02/28/2026 | JE | | 8,276.55 | -584,957.42 | Record management fee - Feb |
| 03/04/2026 | JE | 40,000.00 | | -544,957.42 | Pay back to Reit |
| 03/13/2026 | JE | 10,000.00 | | -534,957.42 | Pay back to Reit |
| 03/23/2026 | JE | 6,500.00 | | -528,457.42 | Pay back to Reit |
| 03/26/2026 | JE | 2,000.00 | | -526,457.42 | Pay back to Reit |
| 03/31/2026 | JE | 13,000.00 | | -513,457.42 | Pay back to Reit |
| 03/31/2026 | JE | | 1,900.00 | -515,357.42 | Ranchland Expense (Cost Seg) |
| 03/31/2026 | JE | | 8,009.94 | -523,367.36 | Record management fee - Mar |
| 04/02/2026 | JE | 30,000.00 | | -493,367.36 | Pay back to Reit |
| 04/03/2026 | JE | 10,000.00 | | -483,367.36 | Pay back to Reit |
| 04/07/2026 | JE | 15,000.00 | | -468,367.36 | Pay back to Reit |
| 04/15/2026 | JE | 40,000.00 | | -428,367.36 | Pay back to Reit |
| 04/20/2026 | JE | 3,000.00 | | -425,367.36 | Pay back to Reit |
| 04/21/2026 | JE | 5,000.00 | | -420,367.36 | Pay back to Reit |
| 04/27/2026 | JE | 5,000.00 | | -415,367.36 | Pay back to Reit |
| 04/30/2026 | JE | | 8,349.52 | -423,716.88 | Record management fee - Apr |
| 05/01/2026 | JE | | 426.90 | -424,143.78 | Ranchland Expense (Google) |
| 05/28/2026 | JE | 10,000.00 | | -414,143.78 | Pay back to Reit |
| 05/31/2026 | JE | | 8,258.39 | -422,402.17 | Record management fee - May |
| 06/10/2026 | JE | 2,000.00 | | -420,402.17 | Pay back to Reit |
| 06/10/2026 | JE | 18,000.00 | | -402,402.17 | Pay back to Reit |
| 06/15/2026 | JE | 30,000.00 | | -372,402.17 | Pay back to Reit |
| 06/16/2026 | JE | 5,000.00 | | -367,402.17 | Pay back to Reit |
| 06/17/2026 | JE | 2,500.00 | | -364,902.17 | Pay back to Reit |
| 06/18/2026 | JE | 1,500.00 | | -363,402.17 | Pay back to Reit |
| 06/22/2026 | JE | 4,500.00 | | -358,902.17 | Pay back to Reit |
| 06/24/2026 | JE | 25,000.00 | | -333,902.17 | Pay back to Reit |
| 06/26/2026 | JE | 3,000.00 | | -330,902.17 | Pay back to Reit |
| 06/30/2026 | JE | | 1,000.00 | -331,902.17 | Loan from Reit (On behalf of |
| 06/30/2026 | JE | | 8,333.34 | -340,235.51 | Record management fee - |
| 07/01/2026 | JE | 5,000.00 | | -335,235.51 | Pay back to Reit |
| 07/08/2026 | JE | 40,000.00 | | -295,235.51 | Pay back to Reit |
| 07/10/2026 | JE | 10,000.00 | | -285,235.51 | Pay back to Reit |
| 07/15/2026 | JE | 15,000.00 | | -270,235.51 | Pay back to Reit |
| 07/15/2026 | JE | | 795.00 | -271,030.51 | Eviction fee Paid by REIT bank |
| 07/17/2026 | JE | 4,000.00 | | -267,030.51 | Pay back to Reit |
| 07/22/2026 | JE | 32,000.00 | | -235,030.51 | Pay back to Reit |
| 07/23/2026 | JE | 1,000.00 | | -234,030.51 | Pay back to Reit |
| 07/27/2026 | JE | 1,000.00 | | -233,030.51 | Pay back to Reit |
| 07/27/2026 | JE | 2,000.00 | | -231,030.51 | Pay back to Reit |
| 07/27/2026 | JE | 4,000.00 | | -227,030.51 | Pay back to Reit |
| 07/31/2026 | JE | | 73,907.93 | -300,938.44 | JE Mistake (Reversed) |
| 07/31/2026 | JE | | 392,476.48 | -693,414.92 | JE Mistake (Reversed) |
| 07/31/2026 | JE | | 3,411.14 | -696,826.06 | Adjustment Payroll Expense |
| 07/31/2026 | JE | 73,907.93 | | -622,918.13 | Reversed JE Mistake |
| 07/31/2026 | JE | 392,476.48 | | -230,441.65 | Reversed JE Mistake |
| 08/05/2026 | JE | 30,000.00 | | -200,441.65 | Pay back to Reit |
| 08/06/2026 | JE | 15,000.00 | | -185,441.65 | Pay back to Reit |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

| Date | Type | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|
| 08/10/2026 | JE | 10,000.00 | | -175,441.65 | Pay back to Reit |
| 08/14/2026 | JE | 6,000.00 | | -169,441.65 | Pay back to Reit |
| 08/19/2026 | JE | 30,000.00 | | -139,441.65 | Pay back to Reit |
| 08/31/2026 | JE | | 8,165.16 | -147,606.81 | Record management fee - July |
| 08/31/2026 | JE | | 2,000.00 | -149,606.81 | Loan from Reit (On behalf of |
| 08/31/2026 | JE | | 1,564.45 | -151,171.26 | Reit payment to 1003 Credit |
| 08/31/2026 | JE | | 8,861.84 | -160,033.10 | Reit payment to Contractors |
| 08/31/2026 | JE | | 1,559.83 | -161,592.93 | Reit payments from Reit Bank - |
| 08/31/2026 | JE | | 10,043.79 | -171,636.72 | Payroll expense payable to |
| 08/31/2026 | JE | | 9,028.48 | -162,608.24 | Payroll expense Payable to Reit - Ranchland Expense |

**Ranchland Owes REIT GROUP: 162,608.24**

**TOTAL OWED TO KNARRS+REIT: 652,959.55**

## Income Statement - 12 Month

**REIT Group (Property Management)**

**Property Groups:** Ranchland Apts.

**Fund Type:** All

**Period Range:** Jan 2026 to Aug 2026

**Accounting Basis:** Cash

**Level of Detail:** Summary View

**Include Zero Balance GL Accounts:** No

| Account Name | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 | Aug 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Operating Income & Expense** | | | | | | | | | |
| **Income** | | | | | | | | | |
| RENTAL INCOME | 148,038.52 | 144,457.10 | 143,626.72 | 146,853.34 | 149,005.76 | 149,066.40 | 151,189.08 | 147,517.16 | 1,179,754.08 |
| OTHER INCOME | 37,783.21 | 7,167.67 | 6,221.24 | 8,034.67 | 5,784.60 | 7,067.09 | 6,834.53 | 6,513.44 | 85,406.45 |
| UTILITY REIMBURSEMENT | 11,590.55 | 11,906.23 | 10,350.91 | 12,102.33 | 10,377.42 | 10,533.33 | 12,167.78 | 9,612.12 | 88,640.67 |
| **Total Operating Income** | **197,412.28** | **163,531.00** | **160,198.87** | **166,990.34** | **165,167.78** | **166,666.82** | **170,191.39** | **163,642.72** | **1,353,801.20** |
| **Expense** | | | | | | | | | |
| ADMINISTRATIVE EXPENSE | 2,325.26 | 1,459.81 | 4,280.15 | 1,097.20 | 7,540.84 | 1,543.14 | 6,322.28 | 3,797.13 | 28,365.81 |
| MARKETING | 800.00 | 400.00 | 0.00 | 478.25 | 121.75 | 400.00 | 400.00 | 0.00 | 2,600.00 |
| PAYROLL | 13,738.82 | 15,391.05 | 14,237.22 | 15,250.89 | 23,785.76 | 14,880.41 | 15,529.44 | 13,559.34 | 126,372.93 |
| MANAGEMENT FEES | 9,870.61 | 8,276.55 | 8,009.94 | 8,349.52 | 8,258.39 | 8,333.34 | 8,509.48 | 8,165.16 | 67,772.99 |
| UTILITIES | 28,785.68 | 22,232.15 | 27,342.52 | 18,040.68 | 18,356.37 | 18,134.08 | 21,794.72 | 21,888.92 | 176,575.12 |
| CONTRACT SERVICES | 1,227.94 | 0.00 | 0.00 | 802.50 | 1,549.00 | 749.00 | 0.00 | 374.50 | 4,702.94 |
| TURN COST | 1,290.50 | 1,150.00 | 1,225.00 | 2,153.22 | 4,221.47 | 2,916.08 | 3,513.30 | 5,002.91 | 21,472.48 |
| REPAIR & MAINTENANCE | 269.83 | 2,161.22 | 2,229.89 | 3,378.18 | 2,267.73 | 3,217.55 | 4,284.19 | 4,960.55 | 22,769.14 |
| TAXES & INSURANCE | 36,357.62 | 36,357.62 | 36,357.62 | 36,357.62 | 36,357.62 | 36,357.62 | 36,357.62 | 36,357.62 | 290,860.96 |
| DEBT SERVICE | 39,721.89 | 0.00 | 0.00 | 0.00 | 39,721.89 | 0.00 | 0.00 | 0.00 | 79,443.78 |
| **Total Operating Expense** | **134,388.15** | **87,428.40** | **93,682.34** | **85,908.06** | **142,180.82** | **86,531.22** | **96,711.03** | **94,106.13** | **820,936.15** |
| | | | | | | | | | |
| **NOI - Net Operating Income** | **63,024.13** | **76,102.60** | **66,516.53** | **81,082.28** | **22,986.96** | **80,135.60** | **73,480.36** | **69,536.59** | **532,865.05** |
| | | | | | | | | | |
| **Other Income & Expense** | | | | | | | | | |
| **Other Expense** | | | | | | | | | |
| CAPITAL EXPENSES | 22,037.07 | 15,387.81 | 18,277.61 | 16,251.97 | 22,671.82 | 9,492.54 | 9,268.12 | 17,265.01 | 130,651.95 |
| **Total Other Expense** | **22,037.07** | **15,387.81** | **18,277.61** | **16,251.97** | **22,671.82** | **9,492.54** | **9,268.12** | **17,265.01** | **130,651.95** |
| | | | | | | | | | |
| **Net Other Income** | **-22,037.07** | **-15,387.81** | **-18,277.61** | **-16,251.97** | **-22,671.82** | **-9,492.54** | **-9,268.12** | **-17,265.01** | **-130,651.95** |

## Income Statement - 12 Month

| Account Name | Jan 2026 | Feb 2026 | Mar 2026 | Apr 2026 | May 2026 | Jun 2026 | Jul 2026 | Aug 2026 | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Total Income | 197,412.28 | 163,531.00 | 160,198.87 | 166,990.34 | 165,167.78 | 166,666.82 | 170,191.39 | 163,642.72 | 1,353,801.20 |
| Total Expense | 156,425.22 | 102,816.21 | 111,959.95 | 102,160.03 | 164,852.64 | 96,023.76 | 105,979.15 | 111,371.14 | 951,588.10 |
| | | | | | | | | | |
| Net Income | **40,987.06** | **60,714.79** | **48,238.92** | **64,830.31** | **315.14** | **70,643.06** | **64,212.24** | **52,271.58** | **402,213.10** |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

## Balance Sheet

**Property Groups:** Ranchland Apts.

**As of:** 08/31/2026

**Accounting Basis:** Cash

**Level of Detail:** Detail View

**Include Zero Balance GL Accounts:** No

| Account Name | Balance |
|---|---|
| **ASSETS** | |
| **Cash** | |
| Operating Cash | 150.30 |
| Security Deposit Cash | 1,023.00 |
| RLA CapitalOne - 0163 | -62,290.61 |
| **Total Cash** | **-61,117.31** |
| Reserves | 79,560.00 |
| Property Tax Escrow | 38,062.92 |
| Property Insurance Escrow | 65,434.42 |
| Accounts Receivable | 40,739.29 |
| Prepaid Property Tax expenses | 84,062.31 |
| prepaid- insurance | 61,368.13 |
| **BUILDING ASSETS** | |
| Land | 208,420.00 |
| Buildings | 7,204,350.00 |
| **Total BUILDING ASSETS** | **7,412,770.00** |
| **OTHER PROPERTY ASSETS** | |
| Closing Cost | 183,749.50 |
| Loan fee | 25,000.00 |
| Pre Legal fee | 40,000.00 |
| Accumulate Depreciation | -2,798,706.00 |
| Remodel - Improvements 2021 | 933,626.40 |
| Remodel Improvement 2022 | 236,643.29 |
| Remodel Improvement 2023 | 663,046.69 |
| remodel improvement 2024 | 249,472.62 |
| remodel improvement 2025 | 224,322.54 |
| **Total OTHER PROPERTY ASSETS** | **-242,844.96** |
| Equipment/Tools | 35,063.92 |
| Appliances | 54,652.29 |
| Boiler | 15,950.00 |
| HVAC | 15,905.65 |
| TOTAL ASSETS | **7,599,606.66** |
| | |
| | |
| **LIABILITIES & CAPITAL** | |
| **Liabilities** | |
| **SECURITY DEPOSITS** | |
| Mgmt Held Security Deposits | 80,660.38 |
| Mgmt Held Pet Deposits | 451.00 |
| **Total SECURITY DEPOSITS** | **81,111.38** |
| Prepaid Rent | 59,536.53 |
| Loan Payable - Knarrs Ventures | 490,351.31 |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

**Balance Sheet**

| Account Name | Balance |
|---|---|
| Payable to Reit-group | 162,608.24 |
| Mortgage Payable - Walker Dunlop | 11,259,000.00 |
| **DEBT SERVICE** | |
| Principal | -1,329,871.34 |
| **Total DEBT SERVICE** | **-1,329,871.34** |
| **Total Liabilities** | **10,722,736.12** |
| **Capital** | |
| Owner Contribution | 2,000,000.00 |
| Owner Distribution | -5,045,911.42 |
| Prior Years Retained Earnings | 292,711.10 |
| Calculated Retained Earnings | 402,213.10 |
| Calculated Prior Years Retained Earnings | -772,142.24 |
| **Total Capital** | **-3,123,129.46** |
| TOTAL LIABILITIES & CAPITAL | **7,599,606.66** |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

Form **8879-PE**
(Rev. December 2025)
Department of the Treasury
Internal Revenue Service

# *E-file* Authorization for Form 1065

(For return of partnership income or administrative adjustment request (AAR))

**ERO must obtain and retain completed Form 8879-PE.**

**Go to *www.irs.gov/Form8879PE* for the latest information.**

OMB No. 1545-0123

For calendar year 20 25 , or tax year beginning , 20 , and ending , 20 .

| Name of partnership | Employer identification number |
|---|---|
| RANCHLANDMTX LLC | [redacted]6163 |

**Part I** **Form 1065 Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 | 0 |
| 2 | Gross profit (Form 1065, line 3) | 2 | 0 |
| 3 | Ordinary business income (loss) (Form 1065, line 23) | 3 | 0 |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 | -14,490 |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 | 0 |

**Part II** **Declaration and Signature Authorization of Partner or Member, or Partnership Representative (PR) (Designated Individual (DI) if the PR is an entity).**

I declare under penalties of perjury that:

**1a.** If the Form 1065 is being transmitted as part of a return of partnership income, I am a partner or member of the named partnership.

**b.** If the Form 1065 is being transmitted as part of an AAR, I am the PR (DI if the PR is an entity) of the named partnership for the partnership taxable year to which the AAR relates.

**2.** I have examined a copy of the partnership's electronic Form 1065 (whether used as return or AAR) and accompanying forms, schedules, and statements, and to the best of my knowledge and belief, it/they is/are true, correct, and complete.

**3.** I am fully authorized to sign the return or AAR on behalf of the partnership.

**4.** The amounts shown in Part I above are the amounts shown on the electronic copy of the partnership's Form 1065.

**5.** I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to transmit the partnership's return or AAR to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return or AAR.

**6.** I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income or AAR.

**Partner or Member, or PR (DI if the PR is an entity) PIN: check one box only**

[X] I authorize GLOBAL TAX ADVISORS (**ERO firm name**) to enter my PIN [redacted] (**Don't enter all zeros**) as my signature on the partnership's electronically filed return of partnership income or AAR.

[ ] As a Partner or Member, or PR (DI if the PR is an entity) of the partnership, I will enter my PIN as my signature on the partnership's electronically filed return of partnership income or AAR.

Partner or Member, or PR (DI if the PR is an entity) signature: ______________________

Title: MANAGER Date: ____________

**Part III** **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [redacted]
**Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed return of partnership income or AAR for the partnership indicated above. I confirm that I am submitting this return or AAR in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature: JINAL DHARIA Date: 6/26/2026

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2025, or tax year beginning ____________, ending ______________.
Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2025**

| | | | | | |
|---|---|---|---|---|---|
| A Principal business activity: REAL ESTATE | Name of partnership: RANCHLANDMTX LLC | | | | D Employer identification number: [redacted]6163 |
| B Principal product or service: RENTAL | Number and street: 301 SANTALUZ LN | | | Room or suite no. | E Date business started: 1/4/2017 |
| C Business code number: 531310 | City or town: AUSTIN | State or province: TX | Country | ZIP or foreign postal code: 78732 | F Total assets (see instructions): $ 7,860,794 |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify):

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year: 14

J Check if Schedules C and M-3 are attached ☐

K Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 23 below. See instructions for more information.

| Section | Line | Description | Line | Amount |
|---|---|---|---|---|
| Income | 1a | Gross receipts or sales ____ b Less returns and allowances ____ c Balance | 1c | 0 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 0 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach statement) | 7 | |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 0 |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | 10 | Guaranteed payments to partners | 10 | |
| | 11 | Repairs and maintenance | 11 | |
| | 12 | Bad debts | 12 | |
| | 13 | Rent | 13 | |
| | 14 | Taxes and licenses | 14 | |
| | 15 | Interest (see instructions) | 15 | |
| | 16a | Depreciation (if required, attach Form 4562) — 16a | | |
| | b | Less depreciation reported on Form 1125-A and elsewhere on return — 16b | 16c | 0 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| | 18 | Retirement plans, etc. | 18 | |
| | 19 | Employee benefit programs | 19 | |
| | 20 | Energy efficient commercial buildings deduction (attach Form 7205) | 20 | |
| | 21 | Other deductions (attach statement) | 21 | |
| | 22 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 21 | 22 | 0 |
| | 23 | **Ordinary business income (loss).** Subtract line 22 from line 8 | 23 | 0 |
| Tax and Payment | 24 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 24 | |
| | 25 | Interest due under the look-back method—income forecast method (attach Form 8866) | 25 | |
| | 26 | BBA AAR imputed underpayment (see instructions) | 26 | |
| | 27 | Other taxes (see instructions) | 27 | |
| | 28 | **Total balance due.** Add lines 24 through 27 | 28 | 0 |
| | 29 | Elective payment election amount from Form 3800 | 29 | |
| | 30 | Payment (see instructions) | 30 | |
| | 31 | **Amount owed.** If the sum of line 29 and line 30 is smaller than line 28, enter amount owed | 31 | |
| | 32a | **Overpayment.** If the sum of line 29 and line 30 is larger than line 28, enter overpayment | 32a | |
| | b | Routing number ____ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member ____ Date 6/30/2026

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Preparer's name: JINAL DHARIA | Preparer's signature: JINAL DHARIA | Date: 6/26/2026 | Check ☒ if self-employed | PTIN: P01637718 |
| Firm's name: GLOBAL TAX ADVISORS | | | Firm's EIN: 83-3815300 | |
| Firm's address: 2648 SALORN WAY | | | Phone no. (323) 244-9909 | |
| City: ROUND ROCK | State: TX | | ZIP code: 78681 | |

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| | a ☐ Domestic general partnership  b ☐ Domestic limited partnership | | |
| | c ☒ Domestic limited liability company  d ☐ Domestic limited liability partnership | | |
| | e ☐ Foreign partnership  f ☐ Other: | | |
| 2 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1 | | X |
| 3 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more, of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of corporation | (ii) Employer identification number (if any) | (iii) Country of incorporation | (iv) Percentage owned in voting stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more, in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of entity | (ii) Employer identification number (if any) | (iii) Type of entity | (iv) Country of organization | (v) Maximum percentage owned in profit, loss, or capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 4 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| 5 | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| 6 | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| 7 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| 8 | At any time during calendar year 2025, did the partnership have an interest in or a signature or other authority over financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| 9 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 10a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? If "Yes," enter the effective date of the election | | X |
| | See instructions for details regarding a section 754 election. | | |
| b | For this tax year, did the partnership make an optional basis adjustment under section 743(b)? If "Yes," enter the total aggregate net positive amount $ ______ and the total aggregate net negative amount $ ( ______ ) of such section 743(b) adjustments for all partners made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |

**Schedule B** **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | For this tax year, did the partnership make an optional basis adjustment under section 734(b)? If "Yes," enter the total aggregate net positive amount $ ________ and the total aggregate net negative amount $ ( ________ ) of such section 734(b) adjustments for all partnership property made in the tax year. The partnership must also attach a statement showing the computation and allocation of each basis adjustment. See instructions | | X |
| d | For this tax year, is the partnership required to adjust the basis of partnership property under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," enter the total aggregate amount of such section 743(b) adjustments and/or section 734(b) adjustments for all partners and/or partnership property made in the tax year $ ________ . The partnership must also attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| e | Reserved for future use | | |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13a | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions 0 | | |
| b | Reserved for future use | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. 0 | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. | | |
| 16a | Did you make any payments in 2025 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | X |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return. | | |
| 18 | Enter the number of partners that are foreign governments under section 892. 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments, or receive any payments allocable to foreign partners, that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions $ ________ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $31 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Does the partnership intend to self-certify as a qualified opportunity fund? | | X |
| | If "Yes," complete and attach Form 8996, Qualified Opportunity Fund, and enter the amount (if any) from Form 8996, line 15 $ ________ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ________ Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |

**Schedule B** **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| **28** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. Percentage: By vote: ______ By value: ______ | | X |
| **29** | Is the partnership required to file Form 7208, Excise Tax on Repurchase of Corporate Stock (see instructions): | | |
| **a** | Under the applicable foreign corporation rules? | | X |
| **b** | Under the covered surrogate foreign corporation rules? | | X |
| | If "Yes" to either (a) or (b), complete Form 7208. See the Instructions for Form 7208. | | |
| **30** | At any time during this tax year, did the partnership (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or financial interest in a digital asset)? See instructions | | X |
| **31** | Reserved for future use | | |
| **32** | Check this box if an election out of subchapter K under section 761 is being made. See instructions ☐ | | |
| **33** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3: 0 | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| First name of PR (or entity name) | | | Last name of PR | | |
|---|---|---|---|---|---|
| KNARRS VENTURES LLC | | | | | |
| U.S. address of PR | Street: 301 SANTALUZ LN | City: AUSTIN | State: TX | ZIP code: 78732 | U.S. phone number of PR: [redacted] |

Name of designated individual (DI) if PR is an entity

| First name of DI | | | Last name of DI | | |
|---|---|---|---|---|---|
| RAVINDER | | | KATTA | | |
| U.S. address of DI | Street: 301 SANTALUZ LANE | City: AUSTIN | State: TX | ZIP code: 78732 | U.S. phone number of DI: [redacted] |

Form 1065 (2025) RANCHLANDMTX LLC [redacted]6163 Page 5

## Schedule K Partners' Distributive Share Items

| Section | Line | Description | Line no. | Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 23) | 1 | |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | -14,490 |
| | 3a | Other gross rental income (loss) — 3a | | |
| | b | Expenses from other rental activities (attach statement) — 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Guaranteed payments: a Services 4a 0 b Capital 4b 0 | | |
| | c | Total. Add lines 4a and 4b | 4c | |
| | 5 | Interest income | 5 | |
| | 6 | Dividends and dividend equivalents: a Ordinary dividends | 6a | |
| | | b Qualified dividends 6b c Dividend equivalents 6c | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) — 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) — 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type: | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Cash contributions | 13a | |
| | b | Noncash contributions | 13b | |
| | c | Investment interest expense | 13c | |
| | d | Section 59(e)(2) expenditures: (1) Type: (2) Amount: | 13d(2) | |
| | e | Other deductions (see instructions) Type: | 13e | |
| Self-Employment | 14a | Net earnings (loss) from self-employment | 14a | |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c | |
| | d | Other rental real estate credits (see instructions) Type: | 15d | |
| | e | Other rental credits (see instructions) Type: | 15e | |
| | f | Other credits (see instructions) Type: | 15f | |
| International | 16a | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |
| | b | Check this box if you qualified for an exception to filing Schedule K-2 (Form 1065) ☐ | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | -779 |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties—gross income | 17d | |
| | e | Oil, gas, and geothermal properties—deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses | 18c | |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |
| | 21 | Total foreign taxes paid or accrued | 21 | |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407



## Analysis of Net Income (Loss) per Return

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13e, and 21 | | | | | 1 | -14,490 |
| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
| a | General partners | | | | | | |
| b | Limited partners | -1,449 | | -4,349 | -4,125 | | -4,567 |

## Schedule L Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 567 | | 105,674 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | 0 | | 0 |
| 3 | Inventories | | | | |
| 4 | U.S. Government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) | | 955 | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 9,592,462 | | 9,816,785 | |
| b | Less accumulated depreciation | 2,454,719 | 7,137,743 | 2,798,706 | 7,018,079 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 11 | Land (net of any amortization) | | 208,420 | | 208,420 |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | 0 | | 0 |
| 13 | Other assets (attach statement) | | 404,068 | | 528,621 |
| 14 | Total assets | | 7,751,753 | | 7,860,794 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | 10,186,069 | | 9,965,526 |
| 17 | Other current liabilities (attach statement) | | 1,113,654 | | 207,728 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 | Other liabilities (attach statement) | | | | 1,250,000 |
| 21 | Partners' capital accounts | | ( 3,547,970) | | ( 3,562,460) |
| 22 | Total liabilities and capital | | 7,751,753 | | 7,860,794 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -14,490 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 0 | a | Tax-exempt interest $ | 0 |
| 3 | Guaranteed payments (other than health insurance) | 0 | 7 | Deductions included on Schedule K, lines 1 through 13e, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 21 (itemize): | | a | Depreciation $ | 0 |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | 0 |
| b | Travel and entertainment $ | 0 | 9 | Income (loss) (*Analysis of Net Income (Loss) per Return*, line 1). Subtract line 8 from line 5 | -14,490 |
| 5 | Add lines 1 through 4 | -14,490 | | | |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -3,547,970 | 6 | Distributions: a Cash | |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | -14,490 | | | |
| 4 | Other increases (itemize): | 0 | 8 | Add lines 6 and 7 | 0 |
| 5 | Add lines 1 through 4 | -3,562,460 | 9 | Balance at end of year. Subtract line 8 from line 5 | -3,562,460 |

Form **7004** (Rev. December 2025)
Department of the Treasury
Internal Revenue Service

# Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

**File a separate application for each return.**
**Go to *www.irs.gov/Form7004* for instructions and the latest information.**

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| RANCHLANDMTX LLC | [redacted]6163 |

| Number and street (If P.O. box, see instructions.) | Room or suite no. |
|---|---|
| 301 SANTALUZ LN | |

| City or town | State or province | Country | ZIP or foreign postal code |
|---|---|---|---|
| AUSTIN | TX | | 78732 |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

## Part I Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1 Enter the form code for the return listed below that this application is for . . . . . 09

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GSD | 01 | Form 1120-ND | 19 |
| Form 706-GST | 02 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 708 | 37 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120-S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |

## Part II All Filers Must Complete This Part

2 If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . ☐

5a The application is for calendar year 20 25 , or tax year beginning ________, 20 ___ , and ending ________ , 20 ___ .

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions—attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . | 6 | 0 |
| 7 | **Total payments and credits**. See instructions . . . | 7 | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . | 8 | 0 |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

Form **8825** (Rev. December 2025)
Department of the Treasury Internal Revenue Service

# Rental Real Estate Income and Expenses of a Partnership or an S Corporation

**Attach to Form 1065 or 1120-S.**
**Go to *www.irs.gov/Form8825* for instructions and the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| RANCHLANDMTX LLC | [redacted]6163 |

**1** Enter the address and type of each rental real estate property. For each rental real estate property listed, report the number of days rented at fair rental value and number of days of personal use. Attach page 2 to list additional properties. See instructions.

| | (a) Physical address of each property (street, city, state, ZIP code) | (b) Type (Enter code 1–8; see page 2 for list.) | (c) Type (Enter code A–I; see page 2 for list.) | (d) Fair rental days | (e) Personal-use days |
|---|---|---|---|---|---|
| A | 1212 E WADLEY AVENUE<br>MIDLAND, TX 79705 | 2 | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |

| | | | Properties A | B | C | D |
|---|---|---|---|---|---|---|
| | **Rental Real Estate Income** | | | | | |
| 2a | Gross rents | 2a | 2,159,068 | | | |
| b | Other income related to rental real estate activity | 2b | | | | |
| c | Total rental real estate income for each property. Add lines 2a and 2b | 2c | 2,159,068 | | | |
| | **Rental Real Estate Expenses** | | | | | |
| 3 | Advertising | 3 | 843 | | | |
| 4 | Auto and travel | 4 | | | | |
| 5 | Cleaning and maintenance | 5 | | | | |
| 6 | Commissions | 6 | | | | |
| 7 | Insurance | 7 | 273,146 | | | |
| 8 | Interest (see instructions) | 8 | 634,746 | | | |
| 9 | Legal and other professional fees | 9 | 308 | | | |
| 10 | Real estate taxes | 10 | 144,372 | | | |
| 11 | Repairs | 11 | 16,203 | | | |
| 12 | Utilities | 12 | 277,675 | | | |
| 13 | Wages and salaries | 13 | 117,745 | | | |
| 14 | Depreciation (see instructions) | 14 | 343,987 | | | |
| 15 | Reserved for future use | 15 | | | | |
| 16 | Reserved for future use | 16 | | | | |
| 17 | Other deductions (attach Schedule A (Form 8825)) | 17 | 364,533 | | | |
| 18 | Total rental real estate expenses for each property. Add lines 3 through 17 | 18 | 2,173,558 | | | |
| 19 | Income or (loss) from each rental real estate property. Subtract line 18 from line 2c | 19 | -14,490 | | | |

| | | | |
|---|---|---|---|
| 20a | Total rental real estate income. Add total rental real estate income from line 2c. See instructions | 20a | 2,159,068 |
| b | Total rental real estate expenses. Add total rental real estate expenses from line 18. See instructions | 20b | ( 2,173,558 ) |
| 21 | Net gain (loss) from Form 4797, Part II, line 17, from the disposition of property from rental real estate activities | 21 | |
| 22a | Net income (loss) from rental real estate activities from partnerships, estates, and trusts in which this partnership or S corporation is a partner or beneficiary (from Schedule K-1) | 22a | |
| b | Identify below the partnerships, estates, or trusts from which net income (loss) is shown on line 22a. Attach a statement if more space is needed. | | |

| (1) Name | (2) Employer identification number |
|---|---|
| | |

| | | | |
|---|---|---|---|
| 23 | Net rental real estate income (loss). Combine lines 20a through 22a. Enter the result here and on Schedule K, line 2, of Form 1065 or 1120-S | 23 | -14,490 |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

**SCHEDULE A (Form 8825)**
(December 2025)
Department of the Treasury
Internal Revenue Service

# Rental Real Estate Other Deductions

**Attach to Form 8825.**
**Go to *www.irs.gov/Form8825* for instructions and the latest information.**

OMB No. 1545-0123

Name of partnership or S corporation: RANCHLANDMTX LLC
**Employer identification number** [redacted]6163

| | | Properties | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 1 | Asset management fee | | | | |
| 2 | Bad debt expense | | | | |
| 3 | Building maintenance | | | | |
| 4 | Common charges | | | | |
| 5 | Contract services | | | | |
| 6 | Debt extinguishment costs | | | | |
| 7 | Ground rent | | | | |
| 8 | Grounds maintenance | | | | |
| 9 | Homeowner association fee | | | | |
| 10 | Incentive fee | | | | |
| 11 | Landscaping | | | | |
| 12 | Leased employee expense | | | | |
| 13 | Management fee | | | | |
| 14 | Other taxes | | | | |
| 15 | Prepayment penalty | | | | |
| 16 | Reimbursed wages/salaries (reimbursed to management co.) | | | | |
| 17 | Section 481(a) adjustments | | | | |
| 18 | Tenant renovations | | | | |
| 19 | Tenant services | | | | |
| 20 | Turnover expenses | | | | |
| 21 | Reserved for future use | | | | |
| 22 | Reserved for future use | | | | |
| 23 | Reserved for future use | | | | |
| 24 | Reserved for future use | | | | |
| 25 | Reserved for future use | | | | |
| 26 | Reserved for future use | | | | |
| 27 | Reserved for future use | | | | |
| 28 | Reserved for future use | | | | |
| 29 | Reserved for future use | | | | |
| 30 | Other | 364,533 | | | |
| 31 | **Total** (Enter the total here and on Form 8825, line 17.) | 364,533 | | | |

**For Paperwork Reduction Act Notice, see instructions.**



HTA

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)

**Attach to your tax return.**
**Go to *www.irs.gov/Form4562* for instructions and the latest information.**

OMB No. 1545-0172
**2025**
Attachment Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| RANCHLANDMTX LLC | 8825: 01 | [redacted]6163 |

**Part I** **Election To Expense Certain Property Under Section 179**

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 0 |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2024 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2026. Add lines 9 and 10, less line 12 | 13 | 0 |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** **Special Depreciation Allowance and Other Depreciation** (**Don't** include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

**Part III** **MACRS Depreciation** (**Don't** include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2025 | 17 | 343,987 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ☐ | | |

**Section B - Assets Placed in Service During 2025 Tax Year Using the General Depreciation System**

| (a) Classification of property (see instructions) | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h 50-year property | | | 50 yrs. | MM | S/L | |
| i Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| j Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2025 Tax Year Using the Alternative Depreciation System**

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 20 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |
| e 50-year | | | 50 yrs. | MM | S/L | |

Form 4562 (2025) RANCHLANDMTX LLC [redacted]6163 Page **2**

**Part IV** **Summary** (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 343,987 |
| 23a | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to interest costs capitalized under section 263A(f) | 23a | |
| b | For assets shown in Part III that are placed in service during the current tax year, and have costs capitalized under section 263A, enter the amount of the basis attributable to costs capitalized under section 263A other than interest costs capitalized under section 263A(f) | 23b | |

**Part V** **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A—Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

**24a** Do you have evidence to support the business/investment use claimed? ☐ **Yes** ☐ **No**

**b** If "Yes," is the evidence written? ☐ **Yes** ☐ **No**

**c** Do you own, lease, or charter an aircraft? Check all that apply. See instructions ☐ **Own** ☐ **Lease** ☐ **Charter**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/ investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions | | | | | | 25 | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| | | % | | | | S/L – | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21 | | | | | | 28 | 0 | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7 | | | | | | | 29 | 0 |

**Section B—Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** | **Yes** | **No** |
| **34** Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

## Line 20c, Sch K (1065) - Other Information

### Section 199A Information

| Income Items | Non-SSTB | SSTB |
|---|---|---|
| Rental Real Estate Income | -14,490 | 0 |
| **Additional Information** | | |
| Section 199A W-2 wages | 117,745 | 0 |
| Section 199A unadjusted basis | 9,816,785 | 0 |

## Line 6, Sch L (1065) - Other Current Assets

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | RECEIVABLE FROM MIDLAND | 1 | 730 | |
| 2 | RECEIVABLE FROM COASTAL POINT | 2 | 225 | |
| 3 | Total other current assets | 3 | 955 | 0 |

## Line 13, Sch L (1065) - Other Assets

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | RESERVES | 1 | 5,304 | 68,952 |
| 2 | PROPERTY TAX ESCROW | 2 | 177,153 | 249,384 |
| 3 | Property Insurance Escrow | 3 | 221,611 | 210,285 |
| 4 | Total other assets | 4 | 404,068 | 528,621 |

## Line 17, Sch L (1065) - Other Current Liabilities

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | OTHER CURRENT LIABILITIES | 1 | 214,047 | 196,943 |
| 2 | PAYABLE TO REIT GROUP | 2 | 618,409 | 10,785 |
| 3 | PAYABLE TO KNARRS VENTURES | 3 | 279,532 | 0 |
| 4 | PAYABLE TO MUKESH | 4 | 800 | 0 |
| 5 | PAYABLE TO LEGACY | 5 | 500 | 0 |
| 6 | PAYABLE TO COASTAL POINT | 6 | 366 | 0 |
| 7 | Total other current liabilities | 7 | 1,113,654 | 207,728 |

## Line 20, Sch L (1065) - Other Liabilities

| | | | Beginning | Ending |
|---|---|---|---|---|
| 1 | SUBSCRIPTION RECEIVED | 1 | 0 | 1,250,000 |
| 2 | Total other liabilities | 2 | 0 | 1,250,000 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Schedule A, Line 30 (8825) - Other Expense Summary for 01

| | | | Full Amount | Allowed |
|---|---|---|---|---|
| 1 | OFFICE SUPPLIES | 1 | 1,044 | 1,044 |
| 2 | SOFTWARE SUBSCRIPTION | 2 | 8,551 | 8,551 |
| 3 | EVICTION FEES | 3 | 3,626 | 3,626 |
| 4 | BANK FEES | 4 | 443 | 443 |
| 5 | MANAGEMENT FEES | 5 | 287,419 | 287,419 |
| 6 | CONTRACT SERVICES | 6 | 13,754 | 13,754 |
| 7 | WORKER'S COMPENSATION | 7 | 4,025 | 4,025 |
| 8 | PAYROLL TAXES | 8 | 12,719 | 12,719 |
| 9 | TRAVEL | 9 | 85 | 85 |
| 10 | DUES & SUBCRIPTION | 10 | 1,487 | 1,487 |
| 11 | RESIDENT SCREENING | 11 | 2,991 | 2,991 |
| 12 | COMMISSIONS & BONUS | 12 | 16,625 | 16,625 |
| 13 | 401K BENEFIT | 13 | 4,589 | 4,589 |
| 14 | LEASE ADMINISTRATION FEES | 14 | 3,608 | 3,608 |
| 15 | RENTERS INSURANCE EXPENSE | 15 | 3,567 | 3,567 |
| 16 | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | 364,533 | 364,533 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Form 4562 Statement - 8825: 01

12/31/2025

RANCHLANDMTX LLC 81-4856163

| Item No. | Description of Property | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Con-vention Code | Prior Accum. Deprec., 179, Bonus | 2025 Deprec. | 2025 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Depreciation Detail** | | | | | | | | | | | | | | | | |
| **MACRS deductions for prior years (Line 17)** | | | | | | | | | | | | | | | | |
| | BUILDING | 2/15/2017 | R-4 | 100.00% | 7,204,350 | 0 | 0 | 0 | 0 | 7,204,350 | 27.5 | SL/GDS | MM | 2,062,892 | 261,950 | 2,324,842 |
| | IMPROVEMENTS | 2/15/2017 | R-4 | 100.00% | 278,898 | 0 | 0 | 0 | 0 | 278,898 | 27.5 | SL/GDS | MM | 76,481 | 10,141 | 86,622 |
| | CLOSING COST | 2/15/2017 | R-4 | 100.00% | 10,252 | 0 | 0 | 0 | 0 | 10,252 | 27.5 | SL/GDS | MM | 2,937 | 373 | 3,310 |
| | IMPROVEMENTS - REMODEI | 7/15/2018 | R-4 | 100.00% | 193,945 | 0 | 0 | 0 | 0 | 193,945 | 27.5 | SL/GDS | MM | 45,545 | 7,052 | 52,597 |
| | HVAC | 7/15/2018 | R-4 | 100.00% | 15,906 | 0 | 0 | 0 | 0 | 15,906 | 27.5 | SL/GDS | MM | 3,733 | 578 | 4,311 |
| | BOILER | 7/15/2018 | R-4 | 100.00% | 15,950 | 0 | 0 | 0 | 0 | 15,950 | 27.5 | SL/GDS | MM | 3,746 | 580 | 4,326 |
| | REFINANCE COST | 3/22/2019 | R-4 | 100.00% | 173,498 | 0 | 0 | 0 | 0 | 173,498 | 30.0 | SL/GDS | MM | 34,435 | 5,783 | 40,218 |
| | IMPROVEMENTS - REMODEI | 6/15/2019 | R-4 | 100.00% | 127,867 | 0 | 0 | 0 | 0 | 127,867 | 30.0 | SL/GDS | MM | 24,216 | 4,262 | 28,478 |
| | IMPROVEMENTS - REMODEI | 7/1/2020 | R-4 | 100.00% | 204,751 | 0 | 0 | 0 | 0 | 204,751 | 30.0 | SL/GDS | MM | 30,713 | 6,825 | 37,538 |
| | IMPROVEMENTS - REMODEI | 6/30/2021 | R-4 | 100.00% | 123,884 | 0 | 0 | 0 | 0 | 123,884 | 27.5 | SL/GDS | MM | 15,953 | 4,504 | 20,457 |
| | IMPROVEMENTS - REMODEI | 6/30/2022 | R-4 | 100.00% | 240,924 | 0 | 0 | 0 | 0 | 240,924 | 27.5 | SL/GDS | MM | 22,266 | 8,760 | 31,026 |
| | IMPROVEMENTS - REMODEI | 6/30/2023 | R-4 | 100.00% | 663,047 | 0 | 0 | 0 | 0 | 663,047 | 27.5 | SL/GDS | MM | 37,170 | 24,108 | 61,278 |
| | IMPROVEMENTS - REMODEI | 6/30/2024 | R-4 | 100.00% | 249,473 | 0 | 0 | 0 | 0 | 249,473 | 27.5 | SL/GDS | MM | 4,915 | 9,071 | 13,986 |
| | Total MACRS deductions for prior years (Line 17) | | | | 9,502,745 | 0 | 0 | 0 | 0 | 9,502,745 | | | | 2,365,002 | 343,987 | 2,708,989 |
| | **Subtotal Depreciation** | | | | 9,502,745 | 0 | 0 | 0 | 0 | 9,502,745 | | | | 2,365,002 | 343,987 | 2,708,989 |
| | **Total Depreciation and Amortization** | | | | 9,502,745 | 0 | 0 | 0 | 0 | 9,502,745 | | | | 2,365,002 | 343,987 | 2,708,989 |

## Form 4562 Reconciliation

| | | |
|---|---|---|
| Annual depreciation and amortization (including Sec 168(f) elected amounts) | | 343,987 |
| Special allowance except listed property (Line 14) - current year assets | | 0 |
| Special allowance - listed property (Line 25) - current year assets | | 0 |
| Section 179 amount claimed (includes prior year disallowed) | 0 | |
| Section 179 amount carried forward to future year | 0 | |
| Section 179 deduction (Line 12) reported on Schedule K | | 0 |
| Less amortization included in total annual depreciation and amortization (Line 44) | | 0 |
| **Form 4562 , Line 22** | | 343,987 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Summary of Unadjusted Basis of Qualified Property (4562)

12/31/2025

### Summary of Qualified Property by Activity

| | Activity | Unadjusted Cost or Basis |
|---|---|---|
| 1 | 1065 | 0 |
| 2 | 8825: 01 | 9,816,785 |

### Detail of Qualified Property

| | Activity | Asset Description | Date In Service | Recovery Period | Years in Service | Total Cost or Basis | Business/Time Use Percent | Unadjusted Cost or Basis |
|---|---|---|---|---|---|---|---|---|
| 3 | 8825: 01 | APPLIANCES | 6/15/2017 | 5.0 | 9 | 54,653 | 100.00% | 54,653 |
| 4 | 8825: 01 | EQUIPMENTS | 6/15/2017 | 7.0 | 9 | 35,064 | 100.00% | 35,064 |
| 5 | 8825: 01 | BUILDING | 2/15/2017 | 27.5 | 9 | 7,204,350 | 100.00% | 7,204,350 |
| 6 | 8825: 01 | IMPROVEMENTS | 2/15/2017 | 27.5 | 9 | 278,898 | 100.00% | 278,898 |
| 7 | 8825: 01 | CLOSING COST | 2/15/2017 | 27.5 | 9 | 10,252 | 100.00% | 10,252 |
| 8 | 8825: 01 | IMPROVEMENTS - REMODE | 7/15/2018 | 27.5 | 8 | 193,945 | 100.00% | 193,945 |
| 9 | 8825: 01 | HVAC | 7/15/2018 | 27.5 | 8 | 15,906 | 100.00% | 15,906 |
| 10 | 8825: 01 | BOILER | 7/15/2018 | 27.5 | 8 | 15,950 | 100.00% | 15,950 |
| 11 | 8825: 01 | REFINANCE COST | 3/22/2019 | 30.0 | 7 | 173,498 | 100.00% | 173,498 |
| 12 | 8825: 01 | IMPROVEMENTS - REMODE | 6/15/2019 | 30.0 | 7 | 127,867 | 100.00% | 127,867 |
| 13 | 8825: 01 | IMPROVEMENTS - REMODE | 7/1/2020 | 30.0 | 6 | 204,751 | 100.00% | 204,751 |
| 14 | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2021 | 27.5 | 5 | 123,884 | 100.00% | 123,884 |
| 15 | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2022 | 27.5 | 4 | 240,924 | 100.00% | 240,924 |
| 16 | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2023 | 27.5 | 3 | 663,047 | 100.00% | 663,047 |
| 17 | 8825: 01 | IMPROVEMENTS - REMODE | 6/30/2024 | 27.5 | 2 | 249,473 | 100.00% | 249,473 |
| 18 | 8825: 01 | IMPROVEMENTS - REMODE | 12/31/2025 | 27.5 | 1 | 224,323 | 100.00% | 224,323 |

© 2026 Universal Tax Systems Inc. and/or its affiliates and licensors. All rights reserved.

## Sch L (1065) - Balance Sheets per Books

| | Assets | | Beginning | | Ending |
|---|---|---|---|---|---|
| 1 | Cash | 1 | 567 | | 105,674 |
| 2a | Trade notes and accounts receivable | 2a | | | |
| 2b | Less allowance for bad debts | 2b | | | |
| 2c | Net trade notes and accounts receivable | 2c | 0 | | 0 |
| 3 | Inventories | 3 | 0 | | 0 |
| 4 | U.S. government obligations | 4 | | | |
| 5 | Tax-exempt securities | 5 | | | |
| 6 | Other current assets | 6 | 955 | | 0 |
| 7a | Loans to partners (or persons related to partners) | 7a | | | |
| 7b | Mortgage and real estate loans | 7b | | | |
| 8 | Other investments | 8 | 0 | | 0 |
| 9a | Buildings and other depreciable assets | 9a | 9,592,462 | | 9,816,785 |
| 9b | Less accumulated depreciation | 9b | 2,454,719 | | 2,798,706 |
| 9c | Net buildings and other depreciable assets | 9c | 7,137,743 | | 7,018,079 |
| 10a | Depletable assets | 10a | | | |
| 10b | Less accumulated depletion | 10b | | | |
| 10c | Net depletable assets | 10c | 0 | | 0 |
| 11 | Land (net of any amortization) | 11 | 208,420 | | 208,420 |
| 12a | Intangible assets (amortizable only) | 12a | 0 | | 0 |
| 12b | Less accumulated amortization | 12b | 0 | | 0 |
| 12c | Net intangible assets | 12c | 0 | | 0 |
| 13 | Other assets | 13 | 404,068 | | 528,621 |
| 14 | Total assets | 14 | 7,751,753 | | 7,860,794 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | 15 | | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year | 16 | 10,186,069 | | 9,965,526 |
| 17 | Other current liabilities | 17 | 1,113,654 | | 207,728 |
| 18 | All nonrecourse loans | 18 | | | |
| 19a | Loans from partners (or persons related to partners) | 19a | | | |
| 19b | Mortgages, notes, bonds payable in 1 year or more | 19b | | | |
| 20 | Other liabilities | 20 | 0 | | 1,250,000 |
| 21 | Partners' capital accounts | 21 | -3,547,970 | | -3,562,460 |
| 22 | Total liabilities and capital | 22 | 7,751,753 | | 7,860,794 |

**End of year balance sheet out of balance by** . . . . . 0

# Assets by Classification - 8825: 01

12/31/2025

RANCHLANDMTX LLC [redacted]

| Item No. | Description of Property "**" indicates DISPOSED | Date Placed In Service | Asset Code | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Credit | Special Allowance | Salvage Value | Recovery Basis | Recovery Period | Method | Convention Code | Prior Accum. Deprec., 179, Bonus | 2025 Deprec. | 2025 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Land** | | | | | | | | | | | | | | | | |
| | LAND | 2/15/2017 | N-1 | 100.00% | 208,420 | 0 | 0 | 0 | 0 | 208,420 | 0 | | | 0 | 0 | 0 |
| | Total: Land | | | | 208,420 | 0 | 0 | 0 | 0 | 208,420 | | | | 0 | 0 | 0 |
| **27.5-yr Residential rental real estate** | | | | | | | | | | | | | | | | |
| | BUILDING | 2/15/2017 | R-4 | 100.00% | 7,204,350 | 0 | 0 | 0 | 0 | 7,204,350 | 27.5 | SL/GDS | MM | 2,062,892 | 261,950 | 2,324,842 |
| | IMPROVEMENTS | 2/15/2017 | R-4 | 100.00% | 278,898 | 0 | 0 | 0 | 0 | 278,898 | 27.5 | SL/GDS | MM | 76,481 | 10,141 | 86,622 |
| | CLOSING COST | 2/15/2017 | R-4 | 100.00% | 10,252 | 0 | 0 | 0 | 0 | 10,252 | 27.5 | SL/GDS | MM | 2,937 | 373 | 3,310 |
| | APPLIANCES | 6/15/2017 | R-4 | 100.00% | 54,653 | 0 | 0 | 27,327 | 0 | 27,326 | 5.0 | SL/GDS | MM | 54,653 | 0 | 54,653 |
| | EQUIPMENTS | 6/15/2017 | R-4 | 100.00% | 35,064 | 0 | 0 | 17,532 | 0 | 17,532 | 7.0 | SL/GDS | MM | 35,064 | 0 | 35,064 |
| | IMPROVEMENTS - REMODEI | 7/15/2018 | R-4 | 100.00% | 193,945 | 0 | 0 | 0 | 0 | 193,945 | 27.5 | SL/GDS | MM | 45,545 | 7,052 | 52,597 |
| | HVAC | 7/15/2018 | R-4 | 100.00% | 15,906 | 0 | 0 | 0 | 0 | 15,906 | 27.5 | SL/GDS | MM | 3,733 | 578 | 4,311 |
| | BOILER | 7/15/2018 | R-4 | 100.00% | 15,950 | 0 | 0 | 0 | 0 | 15,950 | 27.5 | SL/GDS | MM | 3,746 | 580 | 4,326 |
| | REFINANCE COST | 3/22/2019 | R-4 | 100.00% | 173,498 | 0 | 0 | 0 | 0 | 173,498 | 30.0 | SL/GDS | MM | 34,435 | 5,783 | 40,218 |
| | IMPROVEMENTS - REMODEI | 6/15/2019 | R-4 | 100.00% | 127,867 | 0 | 0 | 0 | 0 | 127,867 | 30.0 | SL/GDS | MM | 24,216 | 4,262 | 28,478 |
| | IMPROVEMENTS - REMODEI | 7/1/2020 | R-4 | 100.00% | 204,751 | 0 | 0 | 0 | 0 | 204,751 | 30.0 | SL/GDS | MM | 30,713 | 6,825 | 37,538 |
| | IMPROVEMENTS - REMODEI | 6/30/2021 | R-4 | 100.00% | 123,884 | 0 | 0 | 0 | 0 | 123,884 | 27.5 | SL/GDS | MM | 15,953 | 4,504 | 20,457 |
| | IMPROVEMENTS - REMODEI | 6/30/2022 | R-4 | 100.00% | 240,924 | 0 | 0 | 0 | 0 | 240,924 | 27.5 | SL/GDS | MM | 22,266 | 8,760 | 31,026 |
| | IMPROVEMENTS - REMODEI | 6/30/2023 | R-4 | 100.00% | 663,047 | 0 | 0 | 0 | 0 | 663,047 | 27.5 | SL/GDS | MM | 37,170 | 24,108 | 61,278 |
| | IMPROVEMENTS - REMODEI | 6/30/2024 | R-4 | 100.00% | 249,473 | 0 | 0 | 0 | 0 | 249,473 | 27.5 | SL/GDS | MM | 4,915 | 9,071 | 13,986 |
| | IMPROVEMENTS - REMODEI | 12/31/2025 | R-4 | 100.00% | 224,323 | 0 | 0 | 0 | 0 | 224,323 | 27.5 | SL/GDS | MM | 0 | 0 | 0 |
| | Total: 27.5-yr Res rental real estate | | | | 9,816,785 | 0 | 0 | 44,859 | 0 | 9,771,926 | | | | 2,454,719 | 343,987 | 2,798,706 |
| | SubTotals | | | | 10,025,205 | 0 | 0 | 44,859 | 0 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |
| | Less: Disposed Assets | | | | ( 0) | ( 0) | ( 0) | ( 0) | ( 0) | ( 0) | | | | ( 0) | ( 0) | ( 0) |
| | Ending Totals | | | | 10,025,205 | 0 | 0 | 44,859 | 0 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |

# Detail Report - 8825: 01

12/31/2025

RANCHLANDMTX LLC [redacted]

| Item No. | Description of Property "***" indicates DISPOSED | Date Placed in Service | Business Use % | Cost or Other Basis | Sec. 179 Deduction | Special Allowance | Recovery Basis | Rec Period | Method | Con-vention Code | Prior Accum. Deprec., 179, Bonus | 2025 Current Deprec. | 2025 Accum. Deprec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | APPLIANCES | 6/15/2017 | 100.00% | 54,653 | 0 | 27,327 | 27,326 | 5.0 | SL/GDS | MM | 54,653 | 0 | 54,653 |
| | EQUIPMENTS | 6/15/2017 | 100.00% | 35,064 | 0 | 17,532 | 17,532 | 7.0 | SL/GDS | MM | 35,064 | 0 | 35,064 |
| | LAND | 2/15/2017 | 100.00% | 208,420 | 0 | 0 | 208,420 | 0 | | | 0 | 0 | 0 |
| | BUILDING | 2/15/2017 | 100.00% | 7,204,350 | 0 | 0 | 7,204,350 | 27.5 | SL/GDS | MM | 2,062,892 | 261,950 | 2,324,842 |
| | IMPROVEMENTS | 2/15/2017 | 100.00% | 278,898 | 0 | 0 | 278,898 | 27.5 | SL/GDS | MM | 76,481 | 10,141 | 86,622 |
| | CLOSING COST | 2/15/2017 | 100.00% | 10,252 | 0 | 0 | 10,252 | 27.5 | SL/GDS | MM | 2,937 | 373 | 3,310 |
| | IMPROVEMENTS - REMODEI | 7/15/2018 | 100.00% | 193,945 | 0 | 0 | 193,945 | 27.5 | SL/GDS | MM | 45,545 | 7,052 | 52,597 |
| | HVAC | 7/15/2018 | 100.00% | 15,906 | 0 | 0 | 15,906 | 27.5 | SL/GDS | MM | 3,733 | 578 | 4,311 |
| | BOILER | 7/15/2018 | 100.00% | 15,950 | 0 | 0 | 15,950 | 27.5 | SL/GDS | MM | 3,746 | 580 | 4,326 |
| | REFINANCE COST | 3/22/2019 | 100.00% | 173,498 | 0 | 0 | 173,498 | 30.0 | SL/GDS | MM | 34,435 | 5,783 | 40,218 |
| | IMPROVEMENTS - REMODEI | 6/15/2019 | 100.00% | 127,867 | 0 | 0 | 127,867 | 30.0 | SL/GDS | MM | 24,216 | 4,262 | 28,478 |
| | IMPROVEMENTS - REMODEI | 7/1/2020 | 100.00% | 204,751 | 0 | 0 | 204,751 | 30.0 | SL/GDS | MM | 30,713 | 6,825 | 37,538 |
| | IMPROVEMENTS - REMODEI | 6/30/2021 | 100.00% | 123,884 | 0 | 0 | 123,884 | 27.5 | SL/GDS | MM | 15,953 | 4,504 | 20,457 |
| | IMPROVEMENTS - REMODEI | 6/30/2022 | 100.00% | 240,924 | 0 | 0 | 240,924 | 27.5 | SL/GDS | MM | 22,266 | 8,760 | 31,026 |
| | IMPROVEMENTS - REMODEI | 6/30/2023 | 100.00% | 663,047 | 0 | 0 | 663,047 | 27.5 | SL/GDS | MM | 37,170 | 24,108 | 61,278 |
| | IMPROVEMENTS - REMODEI | 6/30/2024 | 100.00% | 249,473 | 0 | 0 | 249,473 | 27.5 | SL/GDS | MM | 4,915 | 9,071 | 13,986 |
| | IMPROVEMENTS - REMODEI | 12/31/2025 | 100.00% | 224,323 | 0 | 0 | 224,323 | 27.5 | SL/GDS | MM | 0 | 0 | 0 |
| | SubTotals | | | 10,025,205 | 0 | 44,859 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |
| | Less: Disposed Assets | | | ( 0) | ( 0) | ( 0) | ( 0) | | | | ( 0) | ( 0) | ( 0) |
| | Ending Totals | | | 10,025,205 | 0 | 44,859 | 9,980,346 | | | | 2,454,719 | 343,987 | 2,798,706 |

## UNNAMED CUSTOM LIST

| | COLUMN 1 |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

# RANCHLANDMTX, LLC
# WRITTEN CONSENT OF THE MANAGER AND OF THE MEMBERS
# IN LIEU OF A MEETING

Effective as of August 31, 2026

The undersigned, constituting the Manager of RanchlandMTX, LLC, a Texas limited liability company (the "Company"), and Members of the Company holding Allocation Percentages exceeding fifty-one percent (51%) of the total Allocation Percentages of all Members, acting by written consent in lieu of a meeting pursuant to Section 101.358 of the Texas Business Organizations Code and the Company Agreement of the Company dated as of March 2017 (the "Company Agreement"), hereby adopt the following recitals and resolutions, effective as of August 31, 2026:

## RECITALS

**WHEREAS,** the Company is a Texas limited liability company formed on December 23, 2016 under filing number 802610456 issued by the Texas Secretary of State;

**WHEREAS,** the Company is manager-managed, and pursuant to Section 6.1(a) of the Company Agreement the Company and its business are managed, controlled, and operated exclusively by the Manager, who has all of the powers and authority in respect of the Company permitted to a manager under the Texas Business Organizations Code;

**WHEREAS,** KNARRS Ventures, LLC, a Texas limited liability company, is the Manager of the Company (the "Manager");

**WHEREAS,** Section 6.16 of the Company Agreement provides that all Major Decisions require the Required Consent, and Major Decisions include any pledge of or encumbrance on the Company's assets and the incurrence of any indebtedness or obligations of the Company in excess of Two Hundred Thousand Dollars ($200,000.00);

**WHEREAS,** "Required Consent" is defined in the Company Agreement as the affirmative vote of (i) the Manager and (ii) a Majority-In-Interest of the Members, and "Majority-In-Interest of the Members" means Members whose aggregate Allocation Percentages exceed fifty-one percent (51%);

**WHEREAS,** the Company owns the real property and improvements known as Ranchland Apartments, located at 1212 East Wadley Avenue, Midland, Texas 79705 (the "Property"), which secures indebtedness originally in the principal amount of $11,259,000.00;

**WHEREAS,** the holder of that indebtedness posted the Property for a substitute trustee's foreclosure sale to be conducted on September 1, 2026 at 10:00 a.m.;



Doc ID: bba9762a89ac16bfc79e2361e24c3c346f4c4dec

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

**WHEREAS,** the Manager has determined that it is in the best interests of the Company, its creditors, its Members, and its other constituencies that the Company commence a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Texas, Austin Division (the "Bankruptcy Court"), in order to preserve the Property and the going-concern value of the Company's business; and

**WHEREAS,** the Manager and the undersigned Members desire to authorize that filing and the related actions described below, and to ratify and confirm all actions taken on and after August 31, 2026 in furtherance thereof.

## PART I — RESOLUTIONS OF THE MANAGER

**RESOLVED,** that the Company be, and it hereby is, authorized to commence a voluntary case under chapter 11 of the Bankruptcy Code in the Bankruptcy Court, and that such filing is in the best interests of the Company, its creditors, its Members, and its other constituencies;

**RESOLVED,** that Ravinder Katta be, and he hereby is, designated and appointed as the authorized representative of the Company (the "Authorized Representative") for all purposes of the chapter 11 case (the "Chapter 11 Case"), with authority to act for and on behalf of the Company;

**RESOLVED,** that the Authorized Representative be, and he hereby is, authorized, empowered, and directed to execute and verify the voluntary petition and all schedules, statements of financial affairs, lists, monthly operating reports, motions, applications, declarations, and other pleadings and documents necessary or appropriate in connection with the Chapter 11 Case, and to cause the same to be filed with the Bankruptcy Court;

**RESOLVED,** that the Authorized Representative be, and he hereby is, authorized to appear and testify on behalf of the Company in any and all proceedings in the Chapter 11 Case;

**RESOLVED,** that the Company be, and it hereby is, authorized to retain The Law Office of Elias M. Yazbeck, PLLC as bankruptcy counsel to the Company, subject to approval of the Bankruptcy Court, and to retain such additional attorneys, accountants, financial advisors, and other professionals as the Authorized Representative deems necessary or appropriate, in each case subject to Bankruptcy Court approval;

**RESOLVED,** that the Authorized Representative be, and he hereby is, authorized to close the Company's pre-petition deposit accounts and to open and maintain one or more debtor-in-possession accounts at a depository approved by the United States Trustee, and to execute all documents necessary in connection therewith;



Doc ID: bba9762a89ac16bfc79e2361e24c3c346f4c4dec

**RESOLVED,** that the Authorized Representative be, and he hereby is, authorized to seek authority from the Bankruptcy Court to use cash collateral, to negotiate and agree to the terms on which cash collateral may be used, and to execute and deliver any budget, stipulation, agreed order, or other document in connection therewith, subject to Part II below as to any Major Decision; and

**RESOLVED,** that any and all actions heretofore taken by the Manager, by the Authorized Representative, or by any officer, manager, member, employee, or agent of the Company, on or after August 31, 2026, in the name of and on behalf of the Company in furtherance of the foregoing, including the filing of the voluntary petition on September 1, 2026, the opening of a debtor-in-possession account, and the payment of post-petition obligations from that account, be, and each hereby is, in all respects ratified, confirmed, and approved.

## PART II — APPROVAL OF MAJOR DECISIONS BY THE MEMBERS

The following resolutions are adopted by the Manager and by Members constituting a Majority-In-Interest of the Members, and together constitute the Required Consent under the Company Agreement:

**RESOLVED,** that, as a Major Decision under Section 6.16(c) of the Company Agreement, the Company be, and it hereby is, authorized to grant replacement liens, adequate protection liens, and such other liens, security interests, and encumbrances on the Company's assets as may be required in connection with the use of cash collateral or the incurrence of post-petition financing, in each case on terms approved by the Bankruptcy Court;

**RESOLVED,** that, as a Major Decision under Section 6.16(d) of the Company Agreement, the Company be, and it hereby is, authorized to incur indebtedness and obligations in excess of Two Hundred Thousand Dollars ($200,000.00), including post-petition financing under section 364 of the Bankruptcy Code and any refinancing of the Company's secured indebtedness, on terms approved by the Bankruptcy Court; and

**RESOLVED,** that the Authorized Representative be, and he hereby is, authorized to execute and deliver all agreements, instruments, and documents, and to take all further actions, that he deems necessary or appropriate to carry out the foregoing.

## GENERAL

This Written Consent is effective as of August 31, 2026, and may be executed in one or more counterparts, each of which shall be deemed an original and all of which together shall constitute one instrument. Signatures delivered electronically or by facsimile shall have the same force and effect as original signatures. This Written Consent shall be filed with the records of the Company.

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

**MANAGER**

**KNARRS VENTURES, LLC,**
a Texas limited liability company, as Manager

By: ______________________
Name: Ravinder Katta
Title: Managing Member
Date: 09 / 12 / 2026

By: ______________________
Name: Suman Katta
Title: Managing Member
Date: 09 / 13 / 2026



Doc ID: bba9762a89ac16bfc79e2361e24c3c346f4c4dec

# MEMBER SIGNATURE PAGES

RanchlandMTX, LLC — Written Consent Effective as of August 31, 2026

Each undersigned Member, by signing below, consents to and adopts the foregoing Written Consent in its entirety. Members executing this Written Consent must hold, in the aggregate, Allocation Percentages exceeding fifty-one percent (51%).

**KNARRS Ventures, LLC — Allocation Percentage: 23.5%**

By: ____________ Name/Title: Managing Member Date: 09 / 12 / 2026

**Digistrands LLC [Sridhar Andapally] — Allocation Percentage: 10.0%**

By: ____________ Name/Title: Managing member Date: 09 / 13 / 2026

**Satish Mynam — Allocation Percentage: 10.0%**

By: ____________ Name/Title: ____________ Date: ____________

**Equity Trust Company Custodian FBO Srinivas Konda — Allocation Percentage: 7.5%**

By: ____________ Name/Title: Account Holder Date: 09 / 12 / 2026

**Equity Trust Company Custodian FBO Surender Reddy Katta — Allocation Percentage: 5.0%**

By: Surender Reddy Katta Name/Title: Account Holder Date: 09 / 14 / 2026

**Shyam Katta — Allocation Percentage: 5.0%**

By: ____________ Name/Title: member Date: 09 / 13 / 2026

**Krishna Yeluri — Allocation Percentage: 5.0%**

By: ____________ Name/Title: Managing member Date: 09 / 13 / 2026

**Jegasiva Ventures, LLC — Allocation Percentage: 5.0%**

By: [signature] Name/Title: Managing Member Date: 09 / 12 / 2026

**Narayana Reddy Janga — Allocation Percentage: 5.0%**

By: [signature] Name/Title: Managing Member Date: 09 / 13 / 2026

**Naveen Katkuri — Allocation Percentage: 5.0%**

By: Naveen Katkuri Name/Title: Managing Membber Date: 09 / 13 / 2026

**Anupama Kallem — Allocation Percentage: 5.0%**

By: ANUPAMA KALLEM Name/Title: MEMBER Date: 09 / 13 / 2026

**The Entrust Group Inc. FBO Sunil Kumar Ranka IRA # 7230000384 — Allocation Percentage: 5.0%**

By: ______________________ Name/Title: __________________ Date: ____________

**KHOB 401K Trust — Allocation Percentage: 5.0%**

By: [signature] Name/Title: Member Date: 09 / 13 / 2026

**Equity Trust Company Custodian FBO Seshagiri Chilukuri — Allocation Percentage: 4.0%**

By: [signature] Name/Title: Member Date: 09 / 13 / 2026

Docusign Envelope ID: D097C682-A0B1-8273-83BA-ED45DC2D4407

## SCHEDULE A

Members and Allocation Percentages

| Member | Allocation Percentage |
|---|---|
| KNARRS Ventures, LLC | 23.5% |
| Digistrands LLC [Sridhar Andapally] | 10.0% |
| Satish Mynam | 10.0% |
| Equity Trust Company Custodian FBO Srinivas Konda | 7.5% |
| Equity Trust Company Custodian FBO Surender Reddy Katta | 5.0% |
| Shyam Katta | 5.0% |
| Krishna Yeluri | 5.0% |
| Jegasiva Ventures, LLC | 5.0% |
| Narayana Reddy Janga | 5.0% |
| Naveen Katkuri | 5.0% |
| Anupama Kallem | 5.0% |
| The Entrust Group Inc. FBO Sunil Kumar Ranka IRA # 7230000384 | 5.0% |
| KHOB 401K Trust | 5.0% |
| Equity Trust Company Custodian FBO Seshagiri Chilukuri | 4.0% |
| **Total** | **100.0%** |

Source: Schedule A to the Company Agreement of RanchlandMTX, LLC.



Doc ID: bba9762a89ac16bfc79e2361e24c3c346f4c4dec